_____ FILED        _____ ENTERED
_____ LODGED       _____ RECEIVED

NOV 0 9 2023    CR

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; BASIC BRANDS, INC., an Ohio corporation; THE HEALTH & WELLNESS CENTER, INC., d/b/a DR. BERG NUTRITIONALS, a Virginia corporation; and VIMERGY, LLC, a Florida limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> NATASHA MINI, an individual; MEGAN PRESSOTTO, an individual; DANIELLE MINUCCIANI, an individual; M2 NIKN LLC, a California limited liability company; STRATEGIQUEST INC., a California corporation; SHERYL ANN PARAL, an individual; ANDREA LOIS KEY, an individual, d/b/a "Key Strong Fitness Inc" Selling Account; KEY STRONG FITNESS INC., a Georgia corporation, d/b/a "Key Strong Fitness Inc" Selling Account; SARA M. JOHNSON, an individual, d/b/a "May Flowers Health Group Inc" Selling Account; MAY FLOWERS HEALTH GROUP INC., an Illinois corporation, d/b/a "May Flowers Health Group Inc" Selling Account; GENTRY FARLEY, an individual, d/b/a "Far Tec Gadgets Inc" Selling Account; FAR TEC GADGETS INC., a New York corporation, d/b/a "Far Tec Gadgets Inc" Selling Account; JILL MARIE JUNGHEIM, an individual, d/b/a "Jungle Accessories Inc." | No. <br><br> **COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF** <br><br> **FILED UNDER SEAL** |

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 1
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1    Selling Account; JUNGLE ACCESSORIES
     INC., a California corporation, d/b/a "Jungle
2    Accessories Inc." Selling Account;
     SALVATORE VITALE, an individual, d/b/a
3    "Rising Brook inc" Selling Account; RISING
     BROOK INC., a Florida corporation, d/b/a
4    "Rising Brook inc" Selling Account; ALEC
     JOSEPH ORGERA, an individual, d/b/a
5    "Living Orgera Live Inc" Selling Account;
     LIVING ORGERA LIVE INC., a North
6    Carolina corporation, d/b/a "Living Orgera Live
     Inc" Selling Account; DONNA MARIE
7    JACKSON, an individual, d/b/a "Jackson
     Marketing Grp Inc" Selling Account;
8    JACKSON MARKETING GROUP, INC., an
     Oregon corporation, d/b/a "Jackson Marketing
9    Grp Inc" Selling Account; BENJAMIN RAHE,
     an individual, d/b/a "B. Rahe Gadgets Inc"
10   Selling Account; B. RAHE GADGETS INC.,
     an Ohio corporation, d/b/a "B. Rahe Gadgets
11   Inc" Selling Account; EDDY VILLASECA, an
     individual, d/b/a "Villaseca Marketing Group
12   Inc" Selling Account; VILLASECA
     MARKETING GROUP, INC., a Texas
13   corporation, d/b/a "Villaseca Marketing Group
     Inc" Selling Account; HANNAH HESS POPE,
14   an individual, d/b/a "HHP Media Group Inc"
     Selling Account; HHP MEDIA GROUP, INC.,
15   a Louisiana corporation, d/b/a "HHP Media
     Group Inc" Selling Account; ROBERT KOLE
16   SCHREIBER, an individual, d/b/a "Schreiber
     Marketing Group Inc" Selling Account;
17   SCHREIBER MARKETING GROUP, INC., a
     Georgia corporation, d/b/a "Schreiber
18   Marketing Group Inc" Selling Account; and
     DOES 1-10,
19
                          Defendants.
20

21              **I.      INTRODUCTION**

22        1.      This case involves the unlawful and expressly prohibited sale of counterfeit health

23   supplements in the Amazon.com store (the "Amazon Store"), violating the rights of Plaintiffs

24   Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon"), and Basic Brands,

25   Inc. ("Basic Brands"), The Health & Wellness Center, Inc., d/b/a Dr. Berg Nutritionals ("Dr.

26   Berg"), and Vimergy, LLC ("Vimergy") (together, the "Brand Plaintiffs," and with Amazon,

27

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 2
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

"Plaintiffs"). Plaintiffs jointly bring this lawsuit against three sets of bad actors (collectively, "Defendants") who worked in concert in a coordinated counterfeiting scheme.

2. <u>First</u>, two related companies, StrategiQuest, Inc. ("SIQ") and M2 Nikn LLC ("M2N"), and their principal officers, Natasha Mini ("Mini"), Megan Pressotto ("Pressotto"), and Danielle Minucciani ("Minucciani")—collectively referred to as the "StrategiQuest Defendants"—operated Amazon selling accounts ("the Selling Accounts")[1] that advertised, marketed, offered, distributed, and sold counterfeit health supplements in the Amazon Store in violation of the Brand Plaintiffs' intellectual property ("IP") rights and Amazon's contracts and policies.

3. <u>Second</u>, the StrategiQuest Defendants recruited individuals from across the U.S. to open and register the Selling Accounts as well as the businesses, associated bank accounts, and post office boxes necessary to operate the Selling Accounts. These individuals (and their related business entities) agreed to register the Selling Accounts under false pretenses and allowed their identities to be used in order to conceal the StrategiQuest Defendants' involvement with the Selling Accounts. These Defendants are collectively referred to as the "Registration Defendants."[2]

4. <u>Third</u>, an individual, Sheryl Ann Paral ("Paral"), assisted and facilitated Defendants' sale of counterfeit products by providing fake-documentation services designed to deceive Amazon regarding the authenticity of certain products sold in the Amazon Store, including the health supplement products at issue.

---

[1] The Selling Accounts are (1) "Key Strong Fitness Inc"; (2) "May Flowers Health Group Inc"; (3) "Far Tec Gadgets Inc"; (4) "Jungle Accessories Inc."; (5) "Rising Brook inc"; (6) "Living Orgera Live Inc"; (7) "Jackson Marketing Grp Inc"; (8) "B. Rahe Gadgets Inc"; (9) "Villaseca Marketing Group Inc"; (10) "HHP Media Group Inc."; (11) "Schreiber Marketing Group Inc"; and (12) "TAJV Media Group Inc".

[2] The Registration Defendants are: Andrea Lois Key; Sara M. Johnson; Gentry Farley; Jill Marie Jungheim; Salvatore Vitale; Alec Joseph Orgera; Donna Marie Jackson; Benjamin Rahe; Eddy Villaseca; Hannah Hess Pope; Robert Kole Schreiber; Key Strong Fitness Inc.; May Flowers Health Group Inc.; Far Tech Gadgets Inc.; Jungle Accessories Inc.; Rising Brook Inc.; Living Orgera Live Inc.; Jackson Marketing Group, Inc.; B. Rahe Gadgets Inc.; Villaseca Marketing Group, Inc.; HHP Media Group, Inc.; and Schreiber Marketing Group, Inc.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 3
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1    5.    Plaintiffs seek to permanently prevent and enjoin Defendants from causing future

2    harm to Amazon, Basic Brands, Dr. Berg, and Vimergy's customers, reputations, and IP, and to

3    hold Defendants accountable for their illegal actions.

4    **Amazon**

5    6.    Amazon.com Services LLC owns and operates the Amazon Store and Amazon's

6    affiliates own and operate equivalent counterpart international stores and websites. Amazon's

7    stores offer products and services to customers in more than 100 countries around the globe.

8    Some of the products are sold directly by Amazon entities, while others are sold by Amazon's

9    numerous third-party selling partners. The Amazon brand is one of the most well-recognized,

10   valuable, and trusted brands in the world. To protect its customers and safeguard its reputation

11   for trustworthiness, Amazon invests heavily in both time and resources to prevent counterfeit and

12   infringing goods from being sold in its stores. In 2022 alone, Amazon invested over $1.2 billion

13   and employed more than 15,000 people to protect its stores from fraud and abuse. Amazon

14   stopped over 800,000 suspected bad-actor selling accounts before they published a single listing

15   for sale.

16   **The Brand Plaintiffs**

17   7.    Basic Brands has a long history of offering innovative vitamins and supplements,

18   and of seeking to simplify the process of creating vitamin and supplement routines. For over

19   thirty-five years, Basic Brands has focused on providing the best products to live a strong,

20   healthy life. Basic Brands' deep-rooted knowledge in the vitamin and supplement space has

21   allowed it to launch products that are unique to meet the needs of its customers. Basic Brands'

22   EyeScience products incorporate over two decades of ocular research, resulting in nutritional

23   supplements that benefit those with macular degeneration, as well as those taking proactive

24   measures to protect their eyes from the impact of oxidative stress.

25   8.    Basic Brands owns, manages, enforces, licenses, and maintains IP, including

26   various trademarks. Relevant to this Complaint, Basic Brands owns the following registered

27   trademarks (the "Basic Brands Trademarks").

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 4
(FILED UNDER SEAL)

| Mark | Registration No. (International Classes) |
|------|------------------------------------------|
| EYESCIENCE | 6,184,919 (5) |
| EyeScience | 6,264,423 (5) |
| EYESCIENCE MACULAR HEALTH FORMULA | 6,264,425 (5) |

True and correct copies of the registration certificates for the Basic Brands Trademarks are attached as **Exhibit A**.

9.     For over 30 years, Dr. Berg has helped customers use natural methods, nutrition, and dieting to support their health. Dr. Berg's unique products are carefully crafted with only the best ingredients to support health.

10.     Dr. Berg owns, manages, enforces, licenses, and maintains IP, including various trademarks. Relevant to this Complaint, Dr. Berg owns the following registered trademarks (the "Dr. Berg Trademarks").

| Mark | Registration No. (International Classes) |
|------|------------------------------------------|
| Dr. Berg Nutritionals | 6,966,238 (5) |
| DR. BERG | 6,544,002 (5, 9, 41) |
| THE KNOWLEDGE DOC | 6,763,437 (5, 9, 41) |

True and correct copies of the registration certificates for the Dr. Berg Trademarks are attached as **Exhibit B**.

11.     Vimergy aims to simplify customers' health without sacrificing the purity and nutrients of their products. Vimergy provides its high-quality supplements in an easy-to-use powder, capsule, and liquid form. Vimergy rigorously researches and tests all of its products.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 5
(FILED UNDER SEAL)

1    Since its start in 2012, Vimergy's supplements have always been non-GMO, gluten free, soy-

2    free, and vegan and paleo friendly.

3         12.    Vimergy owns, manages, enforces, licenses, and maintains IP, including various

4    trademarks. Relevant to this Complaint, Vimergy owns the following registered trademarks (the

5    "Vimergy Trademarks").[3]

6

7

| **Mark** | **Registration No. (International Classes)** |
|---|---|
| Vimergy | 4,351,644 (5) |
| VIMERGY | 5,714,573 (35) |

8

9

10

11

12   True and correct copies of the registration certificates for the Vimergy Trademarks are attached

13   as **Exhibit C**.

14        13.    From at least June 7, 2023 through July 27, 2023, Defendants advertised,

15   marketed, offered, distributed, and sold counterfeit health supplement products bearing the valid

16   and registered trademarks of the Brand Plaintiffs in the Amazon Store in order to deceive

17   customers about the authenticity and origin of the products and the products' affiliation with the

18   Brand Plaintiffs.

19        14.    As a result of their illegal actions, Defendants have infringed and misused the

20   Brand Plaintiffs' IP; breached their contracts with Amazon; willfully deceived and harmed

21   Amazon, the Brand Plaintiffs, and their customers; compromised the integrity of the Amazon

22   Store; and undermined the trust that customers place in Amazon and the Brand Plaintiffs.

23   Defendants' illegal actions have caused Plaintiffs to expend significant resources to investigate

24

25

26   [3] The Basic Brands Trademarks, the Dr. Berg Trademarks, and the Vimergy Trademarks shall be collectively
     referred to as the "Brand Plaintiffs' Trademarks" or "Trademarks."

27

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 6
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

1   and combat Defendants' wrongdoing and to bring this lawsuit to prevent Defendants from

2   inflicting future harm to Plaintiffs and their customers.

## II.   PARTIES

### Plaintiffs

5   15.   Amazon.com, Inc. is a Delaware corporation with its principal place of business

6   in Seattle, Washington.

7   16.   Amazon.com Services LLC is a Delaware company with its principal place of

8   business in Seattle, Washington.

9   17.   Basic Brands, LLC is an Ohio corporation with its principal place of business in

10  Columbus, Ohio.

11  18.   The Health & Wellness Center, Inc. d/b/a Dr. Berg Nutritionals is a Virginia

12  corporation with its principal place of business in Alexandria, Virginia.

13  19.   Vimergy, LLC is a Florida limited liability company with its principal place of

14  business in Jacksonville, Florida.

### The StrategiQuest Defendants

16  20.   On information and belief, the StrategiQuest Defendants supervised, directed, and

17  controlled the counterfeiting scheme detailed in this Complaint. As part of their scheme, they

18  solicited individuals to (i) open businesses, bank accounts, and post office boxes, and (ii) provide

19  business and identification documentation and information to Amazon in order to register the

20  Selling Accounts under the guise that they were the Selling Accounts' owners and operators. In

21  reality, the StrategiQuest Defendants would operate the Selling Accounts and use them to sell

22  counterfeit health supplement products. The StrategiQuest Defendants are subject to liability for

23  their wrongful conduct both directly under principles of agency, alter ego doctrine, and joint

24  tortfeasor, as well as under principles of secondary liability including, without limitation,

25  *respondeat superior*, and vicarious liability.

26  21.   On information and belief, Defendant M2 Nikn LLC is a California limited

27  liability company, with its principal place of business in La Jolla, CA, that personally

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 7
(FILED UNDER SEAL)

1    participated in and/or had the right and ability to supervise, direct, and control the wrongful

2    conduct alleged in this Complaint, and derived a direct financial benefit from that wrongful

3    conduct.

4          22.      On information and belief, Defendant StrategiQuest Inc. is a California

5    corporation, with its principal place of business in El Dorado Hills, CA, that personally

6    participated in and/or had the right and ability to supervise, direct, and control the wrongful

7    conduct alleged in this Complaint, and derived a direct financial benefit from that wrongful

8    conduct. On information and belief, SIQ is a successor and/or parallel business to M2N.

9          23.      On information and belief, Defendant Natasha Mini is an individual who resides

10    in California, and who personally participated in and/or had the right and ability to supervise,

11    direct, and control the wrongful conduct alleged in this Complaint, and derived a financial

12    benefit from that wrongful conduct. On information and belief, Defendant Mini owns and

13    operates the following businesses and their websites: M2N and SIQ.

14          24.      On information and belief, Defendant Megan Pressotto is an individual who

15    resides in South Carolina, and who personally participated in and/or had the right and ability to

16    supervise, direct, and control the wrongful conduct alleged in the Complaint, and derived a

17    financial benefit from that wrongful conduct. On further information and belief, Defendant

18    Pressotto served as Director of Operations for or otherwise controlled or operated the M2N and

19    its website.

20          25.      On information and belief, Defendant Danielle Minucciani is an individual who

21    resides in California, and who personally participated in and/or had the right and ability to

22    supervise, direct, and control the wrongful conduct alleged in the Complaint, and derived a

23    financial benefit from that wrongful conduct. On further information and belief, Defendant

24    Minucciani serves as Director of Operations for SIQ.

25

26

27

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 8
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

**The Registration Defendants**

26.     The Registration Defendants are a collection of individuals and entities who conspired and operated in concert with the StrategiQuest Defendants to engage in the counterfeiting scheme alleged in this Complaint.

27.     The Registration Defendants used their identities under false pretenses to create, and thus were jointly responsible for, the Selling Accounts central to the counterfeiting scheme. On information and belief, the Registration Defendants opened bank accounts associated with their businesses and enabled the StrategiQuest Defendants to incorporate businesses and create websites for those businesses in an effort to make their businesses appear legitimate, and ultimately to enable the StrategiQuest Defendants to engage in the counterfeiting scheme alleged in this Complaint. On further information and belief, in exchange for allowing the Selling Accounts to be operated under their names, the Registration Defendants were compensated by the StrategiQuest Defendants. The Registration Defendants are subject to liability for their wrongful conduct both directly and under principles of secondary liability including, without limitation, *respondeat superior*, vicarious liability, agency, and the alter ego doctrine.

28.     On information and belief, Defendant Andrea Lois Key ("Key"), d/b/a Key Strong Fitness Inc., is a resident of Georgia. Key participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct concerning the incorporation of Key Strong Fitness Inc. and the registration and use of the "Key Strong Fitness Inc" Selling Account as alleged in this Complaint, and derived a direct financial benefit from that wrongful conduct.

29.     On information and belief, Defendant Sara M. Johnson ("Johnson"), d/b/a May Flowers Health Group Inc., is a resident of Illinois. Johnson participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct concerning the incorporation of May Flowers Health Group Inc. and the registration and use of the "May Flowers Health Group Inc" Selling Account as alleged in this Complaint, and derived a direct financial benefit from that wrongful conduct.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 9
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

30.     On information and belief, Defendant Gentry Farley ("Farley"), d/b/a Far Tec Gadgets Inc., is a resident of New York. Farley participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct concerning the incorporation of Far Tec Gadgets Inc. and the registration and use of the "Far Tec Gadgets Inc" Selling Account as alleged in this Complaint, and derived a direct financial benefit from that wrongful conduct.

31.     On information and belief, Defendant Jill Marie Jungheim ("Jungheim"), d/b/a Jungle Accessories Inc., is a resident of New Mexico. Jungheim participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct concerning the incorporation of Jungle Accessories Inc., and the registration and use of the "Jungle Accessories Inc." Selling Account as alleged in this Complaint, and derived a direct financial benefit from that wrongful conduct.

32.     On information and belief, Defendant Salvatore Vitale ("Vitale"), d/b/a Rising Brook Inc., is a resident of Florida. Vitale participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct concerning the incorporation of Rising Brook Inc. and the registration and use of the "Rising Brook inc" Selling Account as alleged in this Complaint, and derived a direct financial benefit from that wrongful conduct.

33.     On information and belief, Defendant Alec Joseph Orgera ("Orgera"), d/b/a Living Orgera Live Inc., is a resident of North Carolina. Orgera participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct concerning the incorporation of Living Orgera Live Inc. and the registration and use of the "Living Orgera Live Inc" Selling Account as alleged in this Complaint, and derived a direct financial benefit from that wrongful conduct.

34.     On information and belief, Defendant Donna Marie Jackson ("Jackson"), d/b/a Jackson Marketing Group, Inc., is a resident of Oregon. Jackson participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct concerning the incorporation of Jackson Marketing Group, Inc. and the registration and use of the "Jackson

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1  Marketing Grp Inc" Selling Account as alleged in this Complaint, and derived a direct financial

2  benefit from that wrongful conduct.

3      35.    On information and belief, Defendant Benjamin Rahe ("Rahe"), d/b/a B. Rahe

4  Gadgets Inc., is a resident of Ohio. Rahe participated in and/or had the right and ability to

5  supervise, direct, and control the wrongful conduct concerning the incorporation of Rahe

6  Gadgets Inc. and the registration and use of the "B. Rahe Gadgets Inc" Selling Account as

7  alleged in this Complaint, and derived a direct financial benefit from that wrongful conduct.

8      36.    On information and belief, Defendant Eddy Villaseca ("Villaseca"), d/b/a

9  Villaseca Marketing Group, Inc., is a resident of Texas. Villaseca participated in and/or had the

10  right and ability to supervise, direct, and control the wrongful conduct concerning the

11  incorporation of Villaseca Marketing Group, Inc. and the registration and use of the "Villaseca

12  Marketing Group Inc" Selling Account as alleged in this Complaint, and derived a direct

13  financial benefit from that wrongful conduct.

14      37.    On information and belief, Defendant Hannah Hess Pope ("Pope"), d/b/a HHP

15  Media Group, Inc, is a resident of Louisiana. Pope participated in and/or had the right and ability

16  to supervise, direct, and control the wrongful conduct concerning the incorporation of HHP

17  Media Group, Inc. and the registration and use of the "HHP Media Group Inc" Selling Account

18  as alleged in this Complaint, and derived a direct financial benefit from that wrongful conduct.

19      38.    On information and belief, Defendant Robert Kole Schreiber ("Schreiber"), d/b/a

20  Schreiber Media Group, Inc., is a resident of New York. Schreiber participated in and/or had the

21  right and ability to supervise, direct, and control the wrongful conduct concerning the

22  incorporation of Schreiber Media Group, Inc. and the registration and use of the "Schreiber

23  Media Group Inc" Selling Account as alleged in this Complaint, and derived a direct financial

24  benefit from that wrongful conduct.

25      39.    On information and belief, Defendant Key Strong Fitness Inc. is a Georgia

26  corporation with its principal place of business in Atlanta, GA, that personally participated in

27  and/or had the right and ability to supervise, direct, and control the wrongful conduct concerning

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 11
(FILED UNDER SEAL)

1   the registration and use of the "Key Strong Fitness Inc" Selling Account as alleged in this

2   Complaint, and derived a direct financial benefit from that wrongful conduct.

3       40.     On information and belief, Defendant May Flowers Health Group Inc. is an

4   Illinois corporation with its principal place of business in Shorewood, IL, that personally

5   participated in and/or had the right and ability to supervise, direct, and control the wrongful

6   conduct concerning the registration and use of the "May Flowers Health Group Inc" Selling

7   Account as alleged in this Complaint, and derived a direct financial benefit from that wrongful

8   conduct.

9       41.     On information and belief, Defendant Far Tec Gadgets Inc. is a New York

10  corporation with its principal place of business in Hyde Park, NY, that personally participated in

11  and/or had the right and ability to supervise, direct, and control the wrongful conduct concerning

12  the registration and use of the "Far Tec Gadgets Inc" Selling Account as alleged in this

13  Complaint, and derived a direct financial benefit from that wrongful conduct.

14      42.     On information and belief, Defendant Jungle Accessories Inc. is a California

15  corporation with its principal place of business in Oceanside, California, that personally

16  participated in and/or had the right and ability to supervise, direct, and control the wrongful

17  conduct concerning the registration and use of the "Jungle Accessories Inc." Selling Account as

18  alleged in this Complaint, and derived a direct financial benefit from that wrongful conduct.

19      43.     On information and belief, Defendant Rising Brook Inc. is a Florida corporation

20  with its principal place of business in Tampa, FL, that personally participated in and/or had the

21  right and ability to supervise, direct, and control the wrongful conduct concerning the

22  registration and use of the "Rising Brook inc" Selling Account as alleged in this Complaint, and

23  derived a direct financial benefit from that wrongful conduct.

24      44.     On information and belief, Defendant Living Orgera Live Inc. is a North Carolina

25  corporation with its principal place of business in Asheville, NC, that personally participated in

26  and/or had the right and ability to supervise, direct, and control the wrongful conduct concerning

27

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 12
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1   the registration and use of the "Living Orgera Live Inc" Selling Account as alleged in this
2   Complaint, and derived a direct financial benefit from that wrongful conduct.

3        45.   On information and belief, Defendant Jackson Marketing Group, Inc. is an
4   Oregon corporation with its principal place of business in Beaverton, OR, that personally
5   participated in and/or had the right and ability to supervise, direct, and control the wrongful
6   conduct concerning the registration and use of the "Jackson Marketing Grp Inc" Selling Account
7   as alleged in this Complaint, and derived a direct financial benefit from that wrongful conduct.

8        46.   On information and belief, Defendant B. Rahe Gadgets Inc. is an Ohio
9   corporation with its principal place of business in Akron, OH, that personally participated in
10  and/or had the right and ability to supervise, direct, and control the wrongful conduct concerning
11  the registration and use of the "B. Rahe Gadgets Inc" Selling Account as alleged in this
12  Complaint, and derived a direct financial benefit from that wrongful conduct.

13       47.   On information and belief, Defendant Villaseca Marketing Group, Inc. is a Texas
14  corporation with its principal place of business in Dallas, TX, that personally participated in
15  and/or had the right and ability to supervise, direct, and control the wrongful conduct concerning
16  the registration and use of the "Villaseca Marketing Group, Inc." Selling Account as alleged in
17  this Complaint, and derived a direct financial benefit from that wrongful conduct.

18       48.   On information and belief, Defendant HHP Media Group, Inc. is a Louisiana
19  corporation with its principal place of business in Metairie, LA, that personally participated in
20  and/or had the right and ability to supervise, direct, and control the wrongful conduct concerning
21  the registration and use of the "HHP Media Group Inc" Selling Account as alleged in this
22  Complaint, and derived a direct financial benefit from that wrongful conduct.

23       49.   On information and belief, Defendant Schreiber Marketing Group, Inc. is a
24  Georgia corporation with its principal place of business in Woodstock, GA, that personally
25  participated in and/or had the right and ability to supervise, direct, and control the wrongful
26  conduct concerning the registration and use of the "Schreiber Marketing Group Inc" Selling

27

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 13
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1    Account as alleged in this Complaint, and derived a direct financial benefit from that wrongful

2    conduct.

3    **Paral**

4        50.    On information and belief, Defendant Sheryl Ann Paral is a resident of Batangas,

5    Philippines who personally participated in and/or had the right and ability to supervise, direct,

6    and control the wrongful conduct as alleged in this Complaint, and derived a direct financial

7    benefit from that wrongful conduct.

8        51.    Paral managed the Selling Accounts on behalf of the StrategiQuest Defendants

9    and furnished false documentation to Amazon designed to deceive Amazon regarding the

10   authenticity of the health supplement products at issue. Paral is subject to liability for her

11   wrongful conduct under principles of secondary liability including, without limitation,

12   *respondeat superior*, vicarious liability, and/or contributory infringement.

13   **Doe Defendants**

14       52.    Defendants Does 1-10 (the "Doe Defendants") are individuals and/or entities

15   working in active concert with each other and the named Defendants to knowingly and willfully

16   manufacture, import, advertise, market, offer, distribute, and sell counterfeit health supplement

17   products at issue. The identities of the Doe Defendants are presently unknown to Plaintiffs.

18           **III.    JURISDICTION AND VENUE**

19       53.    The Court has subject matter jurisdiction over the Brand Plaintiffs' Lanham Act

20   claim for trademark infringement and counterfeiting, and over Plaintiffs' Lanham Act claims for

21   false designation of origin and false advertising, pursuant to 15 U.S.C. § 1121 and 28 U.S.C.

22   §§ 1331 and 1338(a). The Court also has supplemental jurisdiction over the claims arising out of

23   state law pursuant to 28 U.S.C. §§ 1338(b) and 1367 because the state law claims arise out of the

24   same operative facts as the federal claims.

25       54.    The Court has personal jurisdiction over Defendants because they transacted

26   business and committed tortious acts within and directed to the State of Washington, and

27   Plaintiffs' claims arise from those activities. Defendants affirmatively undertook to do business

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 14
(FILED UNDER SEAL)

1   with Amazon, a corporation with its principal place of business in Washington, and sold in the

2   Amazon Store products bearing counterfeit versions of the Brand Plaintiffs' Trademarks and

3   which otherwise infringed Brand Plaintiffs' IP. Additionally, the StrategiQuest Defendants

4   shipped products bearing counterfeit versions of the Brand Plaintiffs' Trademarks to consumers

5   in Washington. Each Defendant committed, or facilitated the commission of, tortious acts in

6   Washington and has wrongfully caused Plaintiffs substantial injury in Washington.

7          55.    The Registration Defendants have consented to the jurisdiction of this Court by

8   agreeing to the Amazon Services Business Solutions Agreement ("BSA"), which provides that

9   the "Governing Courts" for claims to enjoin infringement or misuse of IP rights and claims

10  related to the sale of counterfeit products in the Amazon Store are the state or federal courts

11  located in King County, Washington.

12         56.    Further, the StrategiQuest Defendants similarly are bound by the BSA under

13  principles of agency, *respondeat superior*, and alter ego liability because the Selling Accounts

14  were registered by the Registration Defendants at the StrategiQuest Defendants' direction, and

15  the StrategiQuest Defendants ultimately operated and controlled the Selling Accounts.

16         57.    Moreover, the Defendants affirmatively undertook to provide false or misleading

17  information to Amazon, a corporation with its principal place of business in Washington.

18  Defendants specifically directed their conduct toward Amazon and the Amazon Store and, on

19  information and belief, deceived consumers in Washington.

20         58.    In addition, personal jurisdiction is also proper in this Court over Paral because

21  she is bound by Amazon's Conditions of Use,[4] which establish exclusive jurisdiction in the state

22  and federal courts of King County, Washington for disputes related to Paral's use of services in

23  the Amazon Store. Paral used, and specifically targeted, services in the Amazon Store through

24  advertising, marketing, offering, distributing, and selling counterfeit products, and had actual or

25

26  ───────────────
    [4] https://www.amazon.com/gp/help/customer/display.html?nodeId=GLSBYFE9MGKKQXXM (last accessed

27  November 8, 2023).

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 15
(FILED UNDER SEAL)

1  constructive notice of the Conditions of Use. The Conditions of Use contain a Washington forum

2  selection clause that states: "Any dispute or claim relating in any way to your use of any Amazon

3  Service will be adjudicated in the state or Federal courts in King County, Washington, and you

4  consent to exclusive jurisdiction and venue in these courts."

5      59.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because a

6  substantial part of the events giving rise to the claims occurred in the Western District of

7  Washington. Venue is also proper in this Court because Defendants consented to it under the

8  BSA and Amazon's Conditions of Use.

9      60.     Pursuant to Local Civil Rule 3(c), intra-district assignment to the Seattle Division

10  is proper because the claims arose in this Division, where (a) Amazon resides, (b) injuries giving

11  rise to suit occurred, and (c) Defendants directed their unlawful conduct.

12                          **IV.    FACTS**

13  **A.    Amazon's Efforts to Prevent the Sale of Counterfeit Goods**

14      61.     Amazon works hard to build and protect the reputation of its stores as a place

15  where customers can conveniently select from a wide array of authentic goods and services at

16  competitive prices. Amazon invests vast resources to ensure that when customers make

17  purchases in Amazon's stores—either directly from Amazon entities or from one of its millions

18  of third-party sellers—customers receive authentic products made by the true manufacturer of

19  those products.

20      62.     A small number of bad actors seek to take advantage of the trust customers place

21  in Amazon by attempting to create Amazon selling accounts to advertise, market, offer,

22  distribute, and sell counterfeit products. These bad actors seek to misuse and infringe the

23  trademarks and other IP of the true manufacturers of those products to deceive Amazon and its

24  customers. This unlawful and expressly prohibited conduct undermines the trust customers,

25  sellers, and manufacturers place in Amazon, and tarnishes Amazon's brand and reputation,

26  thereby causing irreparable harm to Amazon.

27

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 16
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

63.     Amazon continues to innovate to stay ahead of bad actors, and now requires live verification, connecting prospective selling partners with Amazon employees through video chats or in-person appointments to verify their identity and documentation. Amazon reviews the seller-provided identity documents to determine whether those documents are both valid and legitimate, such as confirming that the seller has provided a fully legible copy of the document, verifying that the document matches the information the seller provided to Amazon with respect to their identity, and analyzing whether the document shows any signs of alteration, tampering, or fabrication. These measures have made it more difficult for bad actors to hide. Amazon's seller verification, coupled with continued advancements in Amazon's machine learning-based detection, are deterring bad actors from even attempting to create new Amazon selling accounts. The number of bad actor attempts to create new selling accounts decreased from 6 million attempts in 2020, to 2.5 million attempts in 2021, to 800,000 attempts in 2022.

64.     Amazon prohibits the sale of inauthentic and fraudulent products and is constantly innovating on behalf of its customers and working with brands, manufacturers, rights owners, and others to improve the detection and prevention of counterfeit products from ever being offered to customers in Amazon's stores. Amazon employs dedicated teams of software engineers, research scientists, program managers, and investigators to prevent counterfeits from being offered in Amazon's stores. Amazon's systems automatically and continuously scan thousands of data points to prevent, detect, and remove counterfeits from its stores and to terminate the selling accounts of bad actors before they can offer counterfeit products. When Amazon identifies issues based on this feedback, it takes action to address them. Amazon also uses this intelligence to improve its proactive prevention controls.

65.     In 2017, Amazon launched Brand Registry, a free service that offers rights owners an enhanced suite of tools for monitoring and reporting potential instances of infringement, regardless of their relationship with Amazon. Brand Registry delivers automated brand protections that use machine learning to predict infringement and proactively protect brands' IP. Brand Registry also provides a powerful Report a Violation Tool that allows brands to search for

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 17
(FILED UNDER SEAL)

1   and report potentially infringing products using state-of-the-art image search technology. In

2   2022, through continued improvements in Amazon's automated protections, brands found fewer

3   infringing products in Amazon's stores, with the number of valid notices of infringement

4   submitted by brands in Brand Registry decreasing by more than 35% from 2021.

5          66.    In 2018, Amazon launched Transparency, a product serialization service that

6   effectively eliminates counterfeits for enrolled products. Brands enrolled in Transparency can

7   apply a unique 2D code to every unit they manufacture, which allows Amazon, other retailers,

8   law enforcement, and customers to determine the authenticity of any Transparency-enabled

9   product, regardless of where the product was purchased. In 2022, over 33,000 brands were using

10  Transparency, an increase of 40% from 2021, enabling the protection of more than 900 million

11  product units across the supply chain.

12         67.    In 2019, Amazon launched Project Zero, a program to empower brands to help

13  Amazon drive counterfeits to zero. Project Zero introduced a novel self-service counterfeit

14  removal tool that enables brands to remove counterfeit listings directly from Amazon's stores.

15  This enables brands to take down counterfeit product offerings on their own within minutes. In

16  2022, there were more than 22,000 brands enrolled in Project Zero. For every listing removed by

17  a brand, Amazon's automated protections removed more than 1,000 listings through scaled

18  technology and machine learning, stopping those listings from appearing in Amazon's stores.

19         68.    Once a seller begins selling in Amazon's stores, Amazon continues to monitor the

20  selling account's activities for risks. If Amazon identifies a bad actor, it closes that actor's selling

21  account, withholds funds disbursement, and investigates whether other accounts are involved in

22  unlawful activities.

23         69.    In addition to the measures discussed above, Amazon actively cooperates with

24  rights owners and law enforcement to identify and prosecute bad actors suspected of engaging in

25  illegal activity. Lawsuits, like this one, as well as criminal referrals, are integral components of

26  Amazon's efforts to combat counterfeits and other inauthentic products.

27

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 18
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

**B.      Brand Plaintiffs' Anti-Counterfeiting Efforts**

**1.      Basic Brands**

70.      Basic Brands goes to great lengths to protect consumers from counterfeits of its products and is committed to leading efforts to combat counterfeit products. Basic Brands utilizes both internal and external resources to combat counterfeit and infringing products. Basic Brands works with a third-party brand protection vendor to detect and remove products violating Basic Brands' IP rights.

71.      Basic Brands is currently enrolled in Brand Registry. Basic Brands manages its Amazon Brand Registry account by monitoring and reporting potentially infringing products. Basic Brands began actively using the tools and protections provided by this program before and in response to the counterfeiting activity described in this Complaint.

**2.      Dr. Berg**

72.      Dr. Berg goes to great lengths to protect consumers from counterfeits of its products and is committed to leading efforts to combat counterfeit products. Dr. Berg utilizes both internal and external resources to combat counterfeit and infringing products. Dr. Berg works with a third-party brand protection vendor to detect and remove products violating Dr. Berg's IP rights.

73.      Dr. Berg is currently enrolled in Brand Registry. Dr. Berg manages its Amazon Brand Registry account by monitoring and reporting potentially infringing products. Dr. Berg has actively used the tools and protections provided by this program to protect its brand.

**3.      Vimergy**

1.       Vimergy goes to great lengths to protect consumers from counterfeits of its products and is committed to leading efforts to combat counterfeit products. Vimergy utilizes both internal and external resources to combat counterfeit and infringing products. Vimergy works with a third-party brand protection vendor to detect and remove products violating Vimergy's IP rights. Other Vimergy personnel monitor the reports of this brand protection

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 19
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1  vendor, conduct test buys and assess the authenticity of product obtained via these test buys, and

2  liaise with outside counsel and, where appropriate, law enforcement.

3      74.     Vimergy is currently enrolled in Brand Registry and Project Zero. Vimergy

4  manages its Amazon Brand Registry account by monitoring and reporting potentially infringing

5  products. Vimergy began actively using the tools and protections provided by these programs

6  before and in response to the counterfeiting activity described in this Complaint.

7      **C.     Defendants Agreed Not to Sell Counterfeit Goods and to Provide Accurate
         Information to Amazon**

8

9      75.     Between May 17, 2023 and May 27, 2023, the StrategiQuest Defendants and the

10  Registration Defendants, working in concert, established the twelve Selling Accounts detailed in

11  Section D below, through which they sought to advertise, market, offer, distribute, and sell

12  counterfeit health supplement products. In connection with these Selling Accounts, the

13  Registration Defendants provided Amazon with names, email addresses, phone numbers, tax

14  identification numbers, banking information and statements, and either a government-issued

15  identification card for an individual acting on behalf of the Selling Account, or a copy of a

16  government-issued record or tax document for the entity operating the Selling Account.

17      76.     To become a third-party seller in the Amazon Store, sellers are required to agree

18  to the BSA, which governs the applicant's access to and use of Amazon's services and states

19  Amazon's rules for selling in the Amazon Store. By entering into the BSA, each seller represents

20  and warrants that it "will comply with all applicable Laws in [the] performance of its obligations

21  and exercise of its rights" under the BSA. A true and correct copy of the applicable version of

22  the BSA, namely, the version Defendants last agreed to when using Amazon's services, is

23  attached as **Exhibit D**.

24      77.     Under the terms of the BSA, Amazon specifically identifies the sale of counterfeit

25  goods as "deceptive, fraudulent, or illegal activity" in violation of Amazon's policies, reserving

26  the right to withhold payments and terminate the selling account of any bad actor who engages in

27  such conduct. Ex. B, ¶¶ 2-3. The BSA requires the seller to defend, indemnify, and hold Amazon

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1   harmless against any claims or losses arising from the seller's "actual or alleged infringement of

2   any Intellectual Property Rights." *Id.* ¶ 6.1.

3          78.     Additionally, the BSA incorporates, and sellers therefore agree to be bound by,

4   Amazon's Anti-Counterfeiting Policy, the applicable version of which is attached as **Exhibit E**.

5   The Anti-Counterfeiting Policy expressly prohibits the sale of counterfeit goods in the Amazon

6   Store:

7          • The sale of counterfeit products is strictly prohibited.

8          • You may not sell any products that are not legal for sale, such as products that
             have been illegally replicated, reproduced, or manufactured[.]
9
10         • You must provide records about the authenticity of your products if Amazon
             requests that documentation[.]
11
           Failure to abide by this policy may result in loss of selling privileges, funds being
12         withheld, destruction of inventory in our fulfillment centers, and other legal
           consequences.

13   *Id.*

14         79.     Amazon's Anti-Counterfeiting Policy further describes Amazon's commitment to

15   preventing the sale and distribution of counterfeit goods in the Amazon Store together with the

16   consequences of doing so:

17         • Sell Only Authentic and Legal Products. It is your responsibility to source,
             sell, and fulfill only authentic products that are legal for sale. Examples of
18           prohibited products include:

19              ○ Bootlegs, fakes, or pirated copies of products or content

20              ○ Products that have been illegally replicated, reproduced, or manufactured

21              ○ Products that infringe another party's intellectual property rights

22         • Maintain and Provide Inventory Records. Amazon may request that you
             provide documentation (such as invoices) showing the authenticity of your
23           products or your authorization to list them for sale. You may remove pricing
             information from these documents, but providing documents that have been
24           edited in any other way or that are misleading is a violation of this policy and
             will lead to enforcement against your account.
25
           • Consequences of Selling Inauthentic Products. If you sell inauthentic
26           products, we may immediately suspend or terminate your Amazon selling
             account (and any related accounts), destroy any inauthentic products in our
27           fulfillment centers at your expense, and/or withhold payments to you.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 21
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

- Amazon Takes Action to Protect Customers and Rights Owners. Amazon also works with manufacturers, rights holders, content owners, vendors, and sellers to improve the ways we detect and prevent inauthentic products from reaching our customers. As a result of our detection and enforcement activities, Amazon may:

  o Remove suspect listings.

  o Take legal action against parties who knowingly violate this policy and harm our customers. In addition to criminal fines and imprisonment, sellers and suppliers of inauthentic products may face civil penalties including the loss of any amounts received from the sale of inauthentic products, the damage or harm sustained by the rights holders, statutory and other damages, and attorney's fees.

- Reporting Inauthentic Products. We stand behind the products sold on our site with our A-to-z Guarantee, and we encourage rights owners who have product authenticity concerns to notify us. We will promptly investigate and take all appropriate actions to protect customers, sellers, and rights holders. You may view counterfeit complaints on the Account Health page in Seller Central.

*Id.*

80.     Additionally, under the terms of the BSA, sellers agree that the information and documentation they provide to Amazon in connection with their selling accounts—such as identification, contact, and banking information—will, at all times, be valid, truthful, accurate, and complete. Specifically, the BSA requires that:

- As part of the application process, you must provide us with your (or your business') legal name, address, phone number and e-mail address, as well as any other information we may request. Ex. D. ¶ 1.

- You will use only a name you are authorized to use in connection with a[ny Amazon] Service and will update all of the information you provide to us in connection with the Services as necessary to ensure that it at all times remains accurate, complete, and valid. *Id.* ¶ 2.

- Each party represents and warrants that: (a) if it is a business, it is duly organized, validly existing and in good standing under the Laws of the country in which the business is registered and that you are registering for the Service(s) within such country; (b) it has all requisite right, power, and authority to enter this Agreement, perform its obligations, and grant the rights, licenses, and authorizations in this Agreement; (c) any information provided or made available by one party to another party or its Affiliates is at all times accurate and complete[.] *Id.* ¶ 5.

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

81.     Further, under the terms of the BSA, sellers that register their personal and identification information with Amazon are solely responsible for any use or action taken by any third party in connection with their selling accounts. Specifically, the BSA provides:

- You [the seller] may not disclose your password to any third party (other than third parties authorized by you to use your account in accordance with this Agreement) and are solely responsible for any use of or action taken under your password. *Id.* ¶ 16.

- You [the seller] may not assign this Agreement ,,, without our prior written consent. Any attempt to assign or otherwise transfer … this Agreement in violation of this section is void; provided, however, that upon notice to Amazon, you may assign or transfer this Agreement, in whole or in part, to any of your Affiliates as long as you remain liable for your obligations that arose prior to the effective date of the assignment or transfer under this Agreement… *Id.* ¶ 18.

- [The seller shall be] solely responsible for and bear all risk for [sale and fulfillment of products]. *Id.* ¶ S-2.1

- You [the seller] are solely responsible for authorizing others to access the Selling Partner APIs on your behalf… *Id.* ¶ API-2.4.

82.     Moreover, the BSA incorporates Amazon's Seller Code of Conduct, the applicable version of which is attached as **Exhibit F**, which limits a seller to one selling account for each region in which it sells unless it has a legitimate business need to open a second account and all of its existing accounts are in good standing.

83.     When the Registration Defendants, working in concert with the StrategiQuest Defendants, registered as third-party sellers in the Amazon Store, and established their Selling Accounts, they agreed not to advertise, market, offer, distribute, or sell counterfeit products, and agreed to provide Amazon with accurate and complete information and to ensure that information remained as such.

84.     The Registration Defendants also agreed to bear responsibility for any conduct that occurred through the Selling Accounts.

85.     The StrategiQuest Defendants also agreed to the BSA, Amazon's Anti-Counterfeiting Policy, and Amazon's Seller Code of Conduct through their control and operation of the Selling Accounts, and are also subject to their terms under principles of *respondeat*

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 23
(FILED UNDER SEAL)

1   *superior*, alter ego, or vicarious liability. The StrategiQuest Defendants used the Registration

2   Defendants to not only circumvent Amazon's policies prohibiting counterfeiting and limiting

3   sellers to one selling account per region, but also to conceal their own involvement with the

4   Selling Accounts.

5        **D.      The StrategiQuest Defendants' Fraudulent Creation and Use of the**
         **Registration Defendants' Businesses, Bank Accounts, and Selling Accounts**

6

7        86.     On information and belief, beginning in 2021, the StrategiQuest Defendants have

8   conspired to operate two businesses—M2N and SIQ—that recruited and directed the

9   Registration Defendants to set up bank accounts and post office boxes, and register the Selling

10  Accounts as passthroughs for M2N's and/or SIQ's sale of counterfeit health supplements, in

11  exchange for a monthly payment to the Registration Defendants.

12       87.     Mini, Pressotto, and Minucciani created and operated M2N and SIQ, which were

13  seemingly legitimate businesses with a stated mission "to help all members increase their

14  financial literacy through divergent strategies."[5]

15       88.     During the height of the COVID-19 pandemic, around 2021, while many people

16  were staying indoors and were connecting online, the StrategiQuest Defendants began recruiting

17  individuals in the U.S., including the Registration Defendants, through online groups devoted to

18  topics of business development, personal growth, and achieving financial success. On

19  information and belief, this recruitment was done with the goal of using the individuals' personal

20  identities to open businesses, bank accounts, and post office boxes, and then to use the

21  individuals and their businesses as "passthroughs" for the StrategiQuest Defendants' sales.

22       89.     On information and belief, in exchange for providing this service to the

23  StrategiQuest Defendants, the Registration Defendants received payments of approximately $500

24  (USD) per month.

25       90.     On information and belief, once recruited by the StrategiQuest Defendants, the

26

27  _____
    [5] *See* https://strategiquest.com/ (last accessed November 8, 2023).

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 24
(FILED UNDER SEAL)

1   individuals[6] handed over their identity information, which the StrategiQuest Defendants then
2   used to establish various U.S. businesses.[7] The businesses of the Registration Defendants were
3   incorporated in various states starting in August 2021.

4          91.     On information and belief, to give the Registration Defendants' businesses
5   legitimacy, the StrategiQuest Defendants also created websites for various ventures supposedly
6   operated by the Registration Defendants—everything from pet stores to jewelry stores. These
7   websites often follow the same layout and format, use the same "Privacy Protection" language,
8   are all registered with a common registrar, and identify common return addresses. For example,
9   the websites for businesses associated with Registration Defendants May Flowers Health Group
10  Inc., Jungle Accessories Inc., Far Tec Gadgets Inc., and Key Strong Fitness Inc. list a shared
11  return address. Similarly, websites associated with Registration Defendants HHP Media Group,
12  Inc., Jackson Marketing Group, Inc., and Living Orgera Live Inc. list a shared return address.

13         92.     The StrategiQuest Defendants, specifically Mini, Pressotto, and/or Minucciani,
14  also provided the Registration Defendants with a start-up packet of information. The start-up
15  packet provided, among other things, detailed steps on how to open bank accounts in their names
16  associated with their new businesses.

17         93.     This included a Frequently Asked Questions sheet (the "FAQ"). The FAQ directs
18  the Registration Defendants to open bank accounts using Chase or Wells Fargo, which are the
19  StrategiQuest Defendants' preferred banks.

20         94.     The FAQ sheet further directs the Registration Defendants to provide knowingly
21  false information to the banks in order to overcome any scrutiny. Specifically, the FAQ instructs
22  the Registration Defendants to:

23

24  _____

    [6] The individuals are Andrea Lois Key; Sara M. Johnson; Gentry Farley; Jill Marie Jungheim; Salvatore Vitale; Alec
25  Joseph Orgera; Donna Marie Jackson; Benjamin Rahe; Eddy Villaseca; Hannah Hess Pope; and Robert Kole
    Schreiber.
    [7] The businesses are Key Strong Fitness Inc., May Flowers Health Group Inc.; Far Tech Gadgets Inc.; Jungle
26  Accessories Inc.; Rising Brook Inc.; Living Orgera Live Inc.; Jackson Marketing Group, Inc.; B. Rahe Gadgets Inc.;
    Villaseca Marketing Group, Inc.; HHP Marketing Group, Inc.; and Schreiber Marketing Group, Inc.
27

      a.   to indicate that you were the primary investor in the business and that "there are no [third] parties involved" (emphasis removed); and

      b.   to specify that ownership of the bank accounts is "100%" yours and you are processing the bank accounts on your behalf only (emphasis removed).

95.    In addition to the FAQ sheet, the start-up packet also included a document providing a summary of all the critical information about the business opening the bank account. This document indicated that the business would be used to sell "keto diet supplements."

96.    The start-up packet further included "Checklist Before Leaving the Bank" (the "Checklist"). The Checklist contained a reminder of tasks to complete before leaving the bank after the Registration Defendants set up the business bank accounts in their own names.

97.    The Checklist instructed the Registration Defendants to ensure that the primary address on each bank account was their respective home address and to collect an account summary, bank depository certificate, and checks with the business name for the StrategiQuest Defendants. The Checklist also instructed the Registration Defendants to order debit cards for each account, and to use the same PIN number for each card.

98.    The FAQ identifies Mini as M2N's Chief Executive Officer and Owner and also identified Pressotto as M2N's Director of Operations.

99.    In a November 3, 2021 email from Pressotto, copying Mini, the StrategiQuest Defendants explained what to do if the Registration Defendants "receive[d] a text message from the bank that [they] set up the reseller business accounts with that looks like this below." The email contained the below screenshot of a sample fraud alert:

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 26
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main  206.757.7700 fax

1

*Figure 1. Image from email correspondence*

2

3



4

Chase Fraud: Did you schedule a transaction for $11,537.43 on 08/16? Reply NO to report as fraud and cancel the transaction. Reply YES if the transaction is valid. WARNING: Responding yes will result in the transaction being paid from your Chase account. Msg & data rates may apply.

5

6

7

8

9

10

11    100.    The email from Pressotto directed the Registration Defendants to "[a]lways reply

12    'YES' as soon as you can." The email further stated that in order to "maintain the operations of

13    your Reseller Business, we are sending wires to pay out the vendors who are performing various

14    Ecommerce services which includes fulfillment, customer service, chargeback retention and

15    more."

16    101.    On information and belief, after the Registration Defendants set up the bank

17    accounts, the StrategiQuest Defendants instructed the Registration Defendants to open up post

18    office boxes on behalf of their businesses that the StrategiQuest Defendants could use to receive

19    mail related to the businesses.

20    102.    On April 2, 2023, Mini sent an email to the Registration Defendants announcing

21    that M2N was rebranding as SIQ.

22    103.    On information and belief, SIQ now functions as the successor and/or a parallel

23    business to M2N. SIQ's website identifies Mini as its Owner and Chief Executive Officer and

24    Minucciani as its Director of Operations.[8]

25

26

27    ───────────────────
[8] https://strategiquest.com/ (accessed November 8, 2023).

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 27
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

*Figure 2. Image from SIQ's website identifying Mini as Chief Executive Officer.*



*Figure 3. Image from SIQ's website identifying Minucciani as Director of Operations.*



104.    On information and belief, on or around May 12, 2023, Minucciani further

solicited the Registration Defendants to participate in SIQ's "Amazon Reseller Dropshipping

program" and to register Selling Accounts in their name. The Registration Defendants

understood that the Selling Accounts would be used as passthroughs for StrategiQuest

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 28
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

Defendants' sales operations. The StrategiQuest Defendants justified the creation and use of the selling accounts by claiming that Amazon disapproved of a single company operating too many selling accounts in the Amazon Store.

105.    Minucciani offered the Registration Defendants an upfront bonus of $500 if the Registration Defendants completed the registration process within seven days of the email.

106.    The email further provided instruction on how to open an Amazon selling account using the Registration Defendants' identity and the information.

107.    Minucciani then instructed the Registration Defendants to join video calls requested by Amazon to verify that the information provided by the Registration Defendants when registering their Selling Accounts was accurate.

108.    On information and belief, the Registration Defendants then handed over control of the Selling Accounts to the StrategiQuest Defendants by providing their log-in credentials.

109.    Amazon's data supports this. Between May 21, 2023 and July 25 2023, one device or network with the same IP address logged into five separate Amazon accounts: (1) a customer account using the email address nmini2@gmail.com; (2) a customer account for "StrategiQuest Inc."; (3) the "HHP Media Group Inc" Selling Account; (4) the "Jungle Accessories Inc." Selling Account; and (5) the "Schreiber Marketing Group Inc" Selling Account.

**E.      Defendants' Sale of Counterfeit Products**

110.    On information and belief, the StrategiQuest Defendants, with the participation of the Registration Defendants, used the Selling Accounts to advertise, market, offer, distribute, and sell counterfeit health supplement products in the Amazon Store. The counterfeit products are identified and described below.

111.    Prior to the Selling Accounts being shut down, Basic Brands and Dr. Berg conducted test purchases of Basic Brands-branded and Dr. Berg-branded products sold, respectively, through the Selling Accounts and determined that the products are counterfeit, that each bears a counterfeit trademark, and that they never authorized the sale of such products, as

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 29
(FILED UNDER SEAL)

1    detailed below.

2        112.    In addition, as further detailed below, Paral, purporting to be the "manager" of the

3    Selling Accounts and working in concert with the StrategiQuest Defendants, submitted false

4    invoices to Amazon in response to Amazon's investigation into certain Selling Accounts' alleged

5    sales of inauthentic products. These false invoices purported to show certain counterfeit Dr.

6    Berg-branded products and Vimergy-branded products were manufactured by a company called

7    "Fulfillplex," when in fact, they were not. Dr. Berg and Vimergy have reviewed these invoices

8    and determined that the information provided is false.

9        **Selling Account #1 – "Key Strong Fitness Inc"**

10       113.    On information and belief, from July 5, 2023 through July 12, 2023, the

11   StrategiQuest Defendants advertised, marketed, offered, distributed, and sold, among other

12   things, inauthentic health supplements bearing the Basic Brands Trademarks, the Dr. Berg

13   Trademarks, and the Vimergy Trademarks in the Amazon Store through the "Key Strong Fitness

14   Inc" Selling Account. Defendants Key and Key Strong Fitness Inc. also bore responsibility for

15   the Selling Account's infringing conduct, including without limitation under theories of

16   *respondeat superior*, agency, alter ego doctrine, and/or vicarious liability.

17       114.    On or around July 14, 2023, in response to an investigation by Amazon that the

18   Dr. Berg-branded HAIR FORMULA (ASIN[9] B09HTHWQ45) products sold by the "Key Strong

19   Fitness Inc" Selling Account were inauthentic, Paral identified herself as a "Manager" for the

20   account and submitted an invoice to Amazon dated March 20, 2023, that alleged the products

21   were manufactured by Fulfillplex, a company located at 40 Mulford Point Dr., in California.

22   Upon review of the invoice, Dr. Berg confirmed that this information is false.

23

24

25

26   [9] "ASIN" is an abbreviation of "Amazon Standard Identification Number," which is a unique series of ten
     alphanumeric characters that is assigned to each product listed for sale in Amazon's stores for identification
27   purposes.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 30
(FILED UNDER SEAL)
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

**Selling Account #2 – "May Flowers Health Group Inc"**

115.     On information and belief, from June 11, 2023 through June 29, 2023, the StrategiQuest Defendants advertised, marketed, offered, distributed, and sold, among other things, inauthentic health supplements bearing the Basic Brands Trademarks, the Dr. Berg Trademarks, and the Vimergy Trademarks in the Amazon Store through the "May Flowers Health Group Inc" Selling Account. Defendants Johnson and May Flowers Health Group Inc. also bore responsibility for the Selling Account's infringing conduct, including without limitation under theories of *respondeat superior*, agency, alter ego doctrine, and/or vicarious liability.

116.     On or around July 8, 2023, in response to an investigation by Amazon that the Vimergy-branded 5-MTHF (Methylfolate Supplement) (ASIN B08MKS7QHN) products sold by the May Flowers Health Group Inc Selling Account were inauthentic, Paral identified herself as a "Manager" for the account and submitted an invoice to Amazon dated March 20, 2023, that alleged the products were manufactured by Fulfillplex, a company located at 40 Mulford Point Dr., in California. Upon review of the invoice, Vimergy confirmed that this information is false.

**Selling Account #3 – "Far Tec Gadgets Inc"**

117.     On information and belief, from June 30, 2023 through July 27, 2023, the StrategiQuest Defendants advertised, marketed, offered, distributed, and sold, among other things, inauthentic health supplements bearing the Basic Brands Trademarks and the Dr. Berg Trademarks in the Amazon Store through the "Far Tec Gadgets Inc" Selling Account. Defendants Farley and Far Tec Gadgets Inc. also bore responsibility for the Selling Account's infringing conduct, including without limitation under theories of *respondeat superior*, agency, alter ego doctrine, and/or vicarious liability.

118.     On June 30 2023, Basic Brands conducted a test purchase from the "Far Tec Gadgets Inc" Selling Account of a product advertised and offered for sale as EyeScience Macular Health Beyond AREDS2 Formula, Advanced Ocular Vitamin - Containing Lutein, Zeaxanthin, Bilberry, and Vitamins C, D, E, and B6 (60 Day Supply) (ASIN B07JNK257G).

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 31
(FILED UNDER SEAL)

1    Defendants shipped to Basic Brands a product that bears the Basic Brands Trademarks. Basic

2    Brands examined the product and determined it is counterfeit based on deviations from Basic

3    Brands' authentic products and packaging.

4    **Selling Account #4 – "Jungle Accessories Inc."**

5        119.    On information and belief, from June 29, 2023 through July 16, 2023, the

6    StrategiQuest Defendants advertised, marketed, offered, distributed, and sold, among other

7    things, inauthentic health supplements bearing the Basic Brands Trademarks and the Dr. Berg

8    Trademarks in the Amazon Store through the "Jungle Accessories Inc." Selling Account.

9    Defendants Jungheim and Jungle Accessories Inc. also bore responsibility for the Selling

10   Account's infringing conduct, including without limitation under theories of *respondeat*

11   *superior*, agency, alter ego doctrine, and/or vicarious liability.

12       120.    On July 12, 2023, Basic Brands conducted a test purchase from the "Jungle

13   Accessories Inc." Selling Account of a product advertised and offered for sale as EyeScience

14   Macular Health Beyond AREDS2 Formula, Advanced Ocular Vitamin - Containing Lutein,

15   Zeaxanthin, Bilberry, and Vitamins C, D, E, and B6 (60 Day Supply) (ASIN B07JNK257G).

16   Defendants shipped to Basic Brands a product that bears the Basic Brands Trademarks. Basic

17   Brands examined the product and determined it is counterfeit based on deviations from Basic

18   Brands's authentic product and packaging.

19       121.    Additionally, on or around July 12, 2023, in response to an investigation by

20   Amazon that the Dr. Berg-branded HAIR FORMULA (ASIN B09HTHW145) products sold by

21   the "Jungle Accessories Inc." Selling Account were inauthentic, Paral identified herself as a

22   "Manager" for the account and submitted an invoice to Amazon dated March 20, 2023, that

23   alleged the products were manufactured by Fulfillplex, a company located at 40 Mulford Point

24   Dr., in California. Upon review of the invoice, Dr. Berg confirmed that this information is false.

25   **Selling Account #5 – "Rising Brook inc"**

26       122.    On information and belief, from July 16, 2023 through July 21, 2023, the

27   StrategiQuest Defendants advertised, marketed, offered, distributed, and sold, among other

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 32
(FILED UNDER SEAL)

1    things, inauthentic health supplements bearing the Basic Brands Trademarks and the Dr. Berg

2    Trademarks in the Amazon Store through the "Rising Brook inc" Selling Account. Defendants

3    Vitale and Rising Brook Inc. also bore responsibility for the Selling Account's infringing

4    conduct, including without limitation under theories of *respondeat superior*, agency, alter ego

5    doctrine, and/or vicarious liability.

6        123.    On July 24, 2023, Basic Brands conducted a test purchase from the "Rising Brook

7    inc" Selling Account of a product advertised and offered for sale as EyeScience Macular Health

8    Beyond AREDS2 Formula, Advanced Ocular Vitamin - Containing Lutein, Zeaxanthin,

9    Bilberry, and Vitamins C, D, E, and B6 (60 Day Supply) (ASIN B07JNK257G). Defendants

10   shipped to Basic Brands a product that bears the Basic Brands Trademarks. Basic Brands

11   examined the product and determined it is counterfeit based on deviations from Basic Brands's

12   authentic product and packaging.

13   **Selling Account #6 – "Living Orgera Live Inc"**

14       124.    On information and belief, from June 7, 2023 through July 23, 2023 the

15   StrategiQuest Defendants advertised, marketed, offered, distributed, and sold, among other

16   things, inauthentic health supplements bearing the Basic Brands Trademarks, the Dr. Berg

17   Trademarks, and the Vimergy Trademarks in the Amazon Store through the "Living Orgera Live

18   Inc" Selling Account. Defendants Orgera and Living Orgera Live Inc. also bore responsibility

19   for the Selling Account's infringing conduct, including without limitation under theories of

20   *respondeat superior*, agency, alter ego doctrine, and/or vicarious liability.

21       125.    On or around June 24, 2023, in response to an investigation by Amazon that the

22   Dr. Berg-branded HAIR FORMULA (ASIN B09HTHW145) products sold by the "Living

23   Orgera Live Inc" Selling Account were inauthentic, Paral identified herself as a "Manager" for

24   the account and submitted an invoice to Amazon dated March 20, 2023, that alleged the products

25   were manufactured by Fulfillplex, a company located at 40 Mulford Point Dr., in California.

26   Upon review of the invoice, Dr. Berg confirmed that this information is false.

27

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 33
(FILED UNDER SEAL)

1    **Selling Account #7 – "Jackson Marketing Grp Inc"**

2    126.    On information and belief, from July 3, 2023 through July 6, 2023, the

3    StrategiQuest Defendants advertised, marketed, offered, distributed, and sold, among other

4    things, inauthentic health supplements bearing the Basic Brands Trademarks and the Dr. Berg

5    Trademarks in the Amazon Store through the "Jackson Marketing Grp Inc" Selling Account.

6    Defendants Jackson and Jackson Marketing Group, Inc. also bore responsibility for the Selling

7    Account's infringing conduct, including without limitation under theories of *respondeat*

8    *superior*, agency, alter ego doctrine, and/or vicarious liability.

9    127.    On or around July 19, 2023, in response to an investigation by Amazon that the

10   Dr. Berg-branded HAIR FORMULA (ASIN B09HTHW145) products sold by the "Jackson

11   Marketing Grp Inc" Selling Account were inauthentic, Paral identified herself as a "Manager"

12   for the account and submitted an invoice to Amazon dated March 20, 2023, that alleged the

13   products were manufactured by Fulfillplex, a company located at 40 Mulford Point Dr., in

14   California. Upon review of the invoice, Dr. Berg confirmed that this information is false.

15   **Selling Account #8 – "B. Rahe Gadgets Inc"**

16   128.    On information and belief, from July 7, 2023 through July 20, 2023, the

17   StrategiQuest Defendants advertised, marketed, offered, distributed, and sold, among other

18   things, inauthentic health supplements bearing the Basic Brands Trademarks, the Dr. Berg

19   Trademarks, and the Vimergy Trademarks in the Amazon Store through the "B. Rahe Gadgets

20   Inc" Selling Account. Defendants Rahe and B. Rahe Gadgets Inc. also bore responsibility for the

21   Selling Account's infringing conduct, including without limitation under theories of *respondeat*

22   *superior*, agency, alter ego doctrine, and/or vicarious liability.

23   129.    On July 21, 2023, Basic Brands conducted a test purchase from the "B. Rahe

24   Gadgets Inc" Selling Account of a product advertised and offered for sale as EyeScience

25   Macular Health Beyond AREDS2 Formula, Advanced Ocular Vitamin - Containing Lutein,

26   Zeaxanthin, Bilberry, and Vitamins C, D, E, and B6 (60 Day Supply) (ASIN B07JNK257G).

27   Defendants shipped to Basic Brands a product that bears the Basic Brands Trademarks. Basic

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 34
(FILED UNDER SEAL)

1  Brands examined the product and determined it is counterfeit based on deviations from Basic

2  Brands' authentic product and packaging.

3      **Selling Account #9 – "Villaseca Marketing Group Inc"**

4      130.   On information and belief, from July 14, 2023 through July 24, 2023, the

5  StrategiQuest Defendants advertised, marketed, offered, distributed, and sold, among other

6  things, inauthentic health supplements bearing the Basic Brands Trademarks and Dr. Berg

7  Trademarks in the Amazon Store through the "Villaseca Marketing Group Inc" Selling Account.

8  Defendants Villaseca and the Villaseca Marketing Group, Inc. also bore responsibility for the

9  Selling Account's infringing conduct, including without limitation under theories of *respondeat*

10  *superior*, agency, alter ego doctrine, and/or vicarious liability.

11      131.   On July 14, 2023, Dr. Berg conducted a test purchase from the "Villaseca

12  Marketing Group Inc" Selling Account of a product advertised and offered for sale as Dr. Berg-

13  branded Dietary Supplement Hair Formula (ASIN B09HTHWQ45). Defendants shipped to Dr.

14  Berg a product that bears the Dr. Berg Trademarks. Dr. Berg examined the product and

15  determined it is counterfeit based on deviations from Dr. Berg's authentic product and

16  packaging.

17      132.   On July 19, 2023, Basic Brands conducted a test purchase from the "Villaseca

18  Marketing Group Inc" Selling Account of a product advertised and offered for sale as Basic

19  Brands-branded EyeScience Macular Health Beyond AREDS2 Formula, Advanced Ocular

20  Vitamin - Containing Lutein, Zeaxanthin, Bilberry, and Vitamins C, D, E, and B6 (60 Day

21  Supply) (ASIN B07JNK257G). Defendants shipped to Basic Brands a product that bears the

22  Basic Brands Trademarks. Basic Brands examined the product and determined it is counterfeit

23  based on deviations from Basic Brands' authentic product and packaging.

24      **Selling Account #10 – "HHP Media Group Inc"**

25      133.   On information and belief, from July 18, 2023 through July 27, 2023, the

26  StrategiQuest Defendants advertised, marketed, offered, distributed, and sold, among other

27  things, inauthentic health supplements bearing the Basic Brands Trademarks and Dr. Berg

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 35
(FILED UNDER SEAL)

1   Trademarks in the Amazon Store through the "HHP Media Group Inc" Selling Account.

2   Defendants Pope and the HHP Media Group, Inc. also bore responsibility for the Selling

3   Account's infringing conduct, including without limitation under theories of *respondeat*

4   *superior*, agency, alter ego doctrine, and/or vicarious liability.

5        134.    On July 19, 2023, Basic Brands conducted a test purchase from the "HHP Media

6   Group Inc" Selling Account of products advertised and offered for sale as the Basic Brands-

7   branded EyeScience Macular Health Beyond AREDS2 Formula, Advanced Ocular Vitamin -

8   Containing Lutein, Zeaxanthin, Bilberry, and Vitamins C, D, E, and B6 (30 Day Supply) (ASIN

9   B07JNK257G). Defendants shipped to Basic Brands a product that bears the Basic Brands

10  Trademarks. Basic Brands examined the product and determined it is counterfeit based on

11  deviations from Basic Brands's authentic product.

12       **Selling Account #11 – "Schreiber Marketing Group Inc"**

13       135.    On information and belief, from July 14, 2023 through July 21, 2023, the

14  StrategiQuest Defendants advertised, marketed, offered, distributed, and sold, among other

15  things, inauthentic health supplements bearing the Dr. Berg Trademarks and the Vimergy

16  Trademarks in the Amazon Store through the "Schreiber Marketing Group Inc" Selling Account.

17  Defendants Schreiber and the Schreiber Marketing Group, Inc. also bore responsibility for the

18  Selling Account's infringing conduct, including without limitation under theories of *respondeat*

19  *superior*, agency, alter ego doctrine, and/or vicarious liability.

20       136.    On or around August 8, 2023, a customer informed Vimergy that she suspected

21  that a purchase she made of a purported Vimergy "5-MTHF" product through the "Schreiber

22  Marketing Group Inc" Selling Account was a counterfeit. The customer provided images of the

23  product and packaging to Vimergy. After examining these materials, Vimergy determined that

24  the product was a counterfeit based on deviations from Vimergy's authentic product packaging.

25  Amazon has verified that this customer did in fact purchase the purported Vimergy "5-MTHF"

26  item through the "Schreiber Marketing Group Inc" Selling Account.

27

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 36
(FILED UNDER SEAL)

**Selling Account #12 – "TAJV Media Group Inc"**

137.    On information and belief, from June 22, 2023 through July 9, 2023, the StrategiQuest Defendants advertised, marketed, offered, distributed, and sold, among other things, inauthentic health supplements bearing the Basic Brands Trademarks and the Dr. Berg Trademarks in the Amazon Store through the "TAJV Media Group Inc" Selling Account.

138.    On or around July 19, 2023, in response to an investigation by Amazon that the Dr. Berg-branded HAIR FORMULA (ASIN B09HTHW145) products sold by the "TAJV Media Group Inc" Selling Account were inauthentic, Paral identified herself as a "Manager" for the account and submitted an invoice to Amazon dated March 20, 2023, that alleged the products were manufactured by Fulfillplex, a company located at 40 Mulford Point Dr., in California. Upon review of the invoice, Dr. Berg confirmed that this information is false.

**F.    Amazon Shut Down the Selling Accounts**

139.    By selling counterfeit and infringing Brand Plaintiffs' products, the StrategiQuest Defendants, working in concert with the Registration Defendants, falsely represented to Amazon and its customers that the products they sold were genuine products made by Brand Plaintiffs. The StrategiQuest Defendants also knowingly and willfully used Brand Plaintiffs' IP in connection with the advertising, marketing, offering, distributing, and selling of counterfeit and infringing products.

140.    At all times, the StrategiQuest Defendants knew they were prohibited from violating third-party IP rights or any applicable laws while selling products in the Amazon Store, from providing inaccurate information to Amazon and its customers, from misrepresenting the authenticity of the products sold, and from misleading Amazon and its customers through their sale of inauthentic products. The StrategiQuest Defendants recruited the Registration Defendants for the purpose of circumventing Amazon's controls, concealing their involvement in the counterfeit scheme, and avoiding liability for their illegal conduct. The StrategiQuest Defendants orchestrated their scheme with full knowledge of Amazon's contractual terms prohibiting their activities.

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

141.    After Amazon verified the Selling Accounts were selling counterfeit health supplement products, it promptly blocked the Selling Accounts. In doing so, Amazon exercised its rights under the BSA to protect its customers and the reputations of Amazon and the Brand Plaintiffs.

142.    Pursuant to Amazon's A-to-Z guarantee, Amazon also proactively issued full refunds to customers who purchased purported inauthentic products through the Selling Accounts. Defendants have not reimbursed Amazon.

**G.    Paral's Fraudulent Product Authentication Services**

143.    On information and belief, since the creation of the Selling Accounts, in and around May 2023, Paral has conspired with the StrategiQuest Defendants to offer services designed to deceive Amazon as to the authenticity of the health supplement products sold by the StrategiQuest Defendants in the Amazon Store.

144.    Paral advertises herself online, on websites such as LinkedIn and Upwork.com (a website to find freelancing professionals), as a "brilliant" Amazon virtual assistant with years of experience.

145.    In actuality, in exchange for payment, Paral furnishes fraudulent documents to Amazon on behalf of bad actors operating Amazon selling accounts, including the StrategiQuest Defendants, as part of a process to have product listings or selling accounts reinstated when Amazon blocks them on suspicion of selling counterfeit or inauthentic products.

146.    Specifically, when Amazon notified certain Selling Accounts that they were suspected of selling counterfeit products bearing the Dr. Berg Trademarks and Vimergy Trademarks and therefore their selling privileges were being suspended, Paral created and submitted to Amazon falsified invoices that purported to show that the health supplements were authentic products manufactured by a company called Fulfillplex, when in fact they were not.

147.    Together with each fake Fulfillplex invoice, Paral also submitted a cover letter to Amazon stating that she served as the "Manager" for the Selling Account.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 38
(FILED UNDER SEAL)

148.    In all, Paral submitted a fake invoice in connection with: (1) Dr. Berg-branded products being sold through the "Key Strong Fitness Inc" Selling Account; (2) Vimergy-branded products being sold through the "May Flowers Health Group Inc" Selling Account; (3) Dr. Berg-branded products being sold through the "Jungle Accessories Inc." Selling Account; (4) Dr. Berg-branded products being sold through the "Living Orgera Live Inc" Selling Account; (5) Dr. Berg-branded products being sold through the "Jackson Marketing Grp Inc" Selling Account; and (6) Dr. Berg-branded products being sold through the "TAJV Media Group Inc" Selling Account.

149.    All Fulfillplex invoices that Paral provided share common characteristics. They are all dated March 20, 2023, and identify the same number of units (1,000 units) at the same cost ($3.25/unit) and with the same total ($3,250.00), regardless of the product.

**H.    Defendants' Coordinated Sale of Counterfeit Products**

150.    On information and belief, Defendants operated in concert with one another in their advertising, marketing, offering, distributing, and selling of counterfeit health supplement products bearing the Brand Plaintiffs' Trademarks, as shown by either test buys conducted by the Brand Plaintiffs or fake invoices submitted by Paral.

151.    On information and belief, beginning in 2021, the StrategiQuest Defendants recruited various individuals in the U.S. to hand over their personal information for the purpose of creating businesses that were later used to register the Selling Accounts in exchange for payment. As part of the process, the StrategiQuest Defendants instructed the individuals on how to open up bank accounts by providing false information to the banks, such as claiming there was no other third parties involved in the opening of the bank accounts when in fact the StrategiQuest Defendants were dictating the individuals' actions. These bank accounts were later used to funnel the proceeds of the counterfeit sales made through the Selling Accounts.

152.    On information and belief, the StrategiQuest Defendants also directed the Registration Defendants to register their personal information with Amazon to conceal the StrategiQuest Defendants' involvement with the scheme.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 39
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

153.    Several additional factors reveal this coordinated scheme: all of the businesses of the Registration Defendants were incorporated either in 2021 or 2022, around the time when the StrategiQuest Defendants are believed to have started their scheme; all of the Selling Accounts were created within a roughly two-week period in May 2023; all of the Selling Accounts sold counterfeit health supplement products; the majority of the Selling Accounts link to a Chase or Wells Fargo bank account, which are the StrategiQuest Defendants' preferred banks; in every instance where Amazon notified the bad actors that they were suspected of selling counterfeit products bearing the Brand Plaintiffs' Trademarks, Paral submitted a fake invoice to Amazon in her alleged capacity as "Manager" of that Selling Account; the fake invoices were all from Fulfillplex, were all dated March 20, 2023, and all list the same number of units (1,000 units) at the same cost ($3.25/unit) and with the same total ($3,250.00), regardless of the product.

154.    In addition, the bank account statements that the Registration Defendants submitted to Amazon to register their Selling Accounts show that the StrategiQuest Defendants and the Registration Defendants created various ventures using the Registration Defendants' businesses—everything from pet stores to jewelry stores. The websites for these ventures often follow the same layout and format, use the same "Privacy Protection" language, are registered with the same registrar, and list the same return address. For example, the websites for businesses associated with Registration Defendants May Flowers Health Group Inc., Jungle Accessories Inc., Far Tec Gadgets Inc., and Key Strong Fitness Inc. list a shared return address. Likewise, other websites associated with Registration Defendants HHP Media Group, Inc., Jackson Marketing Group, Inc., and Living Orgera Live Inc. list the same return address.

155.    Further, Amazon records show that between May 21, 2023 and July 25, 2023, one device or network with the same IP address logged into five separate Amazon accounts: (1) a customer account using the email address nmini2@gmail.com, which is believed to belong to Defendant Mini; (2) a customer account for "StrategiQuest Inc."; (3) the "HHP Media Group Inc" Selling Account; (4) the "Jungle Accessories Inc." Selling Account; and (5) the "Schreiber Marketing Group Inc" Selling Account.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 40
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

156.     Finally, during the course of their investigation into the counterfeit scheme at issue in this Complaint, Plaintiffs' investigators approached many of the Registration Defendants. Although the Registration Defendants were approached separately and are seemingly unrelated, the Registration Defendants associated with the "Villaseca Marketing Group Inc" Selling Account, "Far Tec Gadgets Inc" Selling Account, "Jungle Accessories Inc." Selling Account, and "Key Strong Fitness Inc" Selling Account stated they were represented by the same attorney.

## V.     CLAIMS

### FIRST CLAIM
*(by the Brand Plaintiffs against the StrategiQuest Defendants and the Registration Defendants[10])*
**Trademark Counterfeiting and Trademark Infringement – 15 U.S.C. § 1114**

157.     Plaintiffs Basic Brands, Dr. Berg, and Vimergy incorporate by reference the allegations of the preceding paragraphs as though set forth herein.

158.     The StrategiQuest Defendants' and the Registration Defendants' activities constitute counterfeiting and infringement of the Basic Brands, Dr. Berg, and Vimergy Trademarks as described in the paragraphs above.

159.     The Brand Plaintiffs own their respective Trademarks, as identified in this Complaint, and advertise, market, offer, distribute, and sell their products using their Trademarks and uses those Trademarks to distinguish their products from the products and related items of others in the same or related fields.

---

[10] All Brand Plaintiffs assert this claim against all StrategiQuest Defendants. With respect to the Registration Defendants, Basic Brands asserts this claim against the following Defendants: Key, Johnson, Farley, Jungheim, Vitale, Orgera, Jackson, Rahe, Villaseca, Pope, Key Strong Fitness Inc., May Flowers Health Group Inc., Far Tec Gadgets Inc., Jungle Accessories Inc., Rising Brook Inc., Living Orgera Live Inc., Jackson Marketing Group, Inc., B. Rahe Gadgets Inc., Villaseca Marketing Group, Inc., and HHP Media Group Inc. With respect to the Registration Defendants, Dr. Berg asserts this claim against the following Defendants: Key, Johnson, Farley, Jungheim, Vitale, Orgera, Jackson, Rahe, Villaseca, Pope, Schreiber, Key Strong Fitness Inc., May Flowers Health Group Inc., Far Tec Gadgets Inc., Jungle Accessories Inc., Rising Brook Inc., Living Orgera Live Inc., Jackson Marketing Group, Inc., B. Rahe Gadgets Inc., Villaseca Marketing Group, Inc., HHP Media Group, Inc, and Schreiber Marketing Group, Inc. With respect to the Registration Defendants, Vimergy asserts this claim against the following Defendants: Key, Johnson, Orgera, Rahe, Schreiber, Key Strong Fitness Inc., May Flowers Health Group Inc., Living Orgera Live Inc., B. Rahe Gadgets Inc., and Schreiber Marketing Group, Inc.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 41
(FILED UNDER SEAL)

160.     Because of the Brand Plaintiffs' long, continuous, and exclusive use of their Trademarks identified in this Complaint, the Trademarks have come to mean, and are understood by customers and the public, to signify products from their respective brands.

161.     The StrategiQuest Defendants, enabled by the conduct of their agents, the Registration Defendants, unlawfully advertised, marketed, offered, distributed, and sold products bearing counterfeit and infringing versions of the Basic Brands Trademarks, Dr. Berg Trademarks, and Vimergy Trademarks with the intent and likelihood of causing customer confusion, mistake, and deception as to the products' source, origin, and authenticity.

162.     Specifically, the StrategiQuest Defendants intended customers to believe, incorrectly, the products originated from, were affiliated with, and/or were authorized by Basic Brands, Dr. Berg, and/or Vimergy and likely caused such erroneous customer beliefs.

163.     The Registration Defendants provided the means for the StrategiQuest Defendants to sell their counterfeit health supplement products through the Selling Accounts registered to the Registration Defendants, and the Registration Defendants held themselves out as responsible for the Selling Accounts' operations and activities.

164.     At the behest of the StrategiQuest Defendants and in exchange for payment, the Registration Defendants established the Selling Accounts and entered into the BSA. Through these acts, the Registration Defendants bear responsibility for the activities conducted by the StrategiQuest Defendants through the Selling Accounts and had the ability to exercise control over the Selling Accounts.

165.     The StrategiQuest Defendants and Registration Defendants therefore operated in concert and are jointly liable for the infringing conduct made through the Selling Accounts. Alternatively, the Registration Defendants are liable for the infringing activities of the StrategiQuest Defendants under theories of *respondeat superior*, agency, alter ego doctrine, or vicarious liability.

166.     As a result of the StrategiQuest Defendants' and Registration Defendants' wrongful conduct, Basic Brands, Dr. Berg, and Vimergy are entitled to recover its actual

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 42
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

damages, StrategiQuest Defendants' and Registration Defendants' profits attributable to the infringement, treble damages, and attorneys' fees pursuant to 15 U.S.C. § 1117(a) and (b). Alternatively, Basic Brands, Dr. Berg, and Vimergy are entitled to statutory damages under 15 U.S.C. § 1117(c) for the StrategiQuest Defendants' and Registration Defendants' use of counterfeit marks.

167.    Basic Brands, Dr. Berg, and Vimergy are further entitled to injunctive relief, including an order impounding all counterfeit and infringing products and promotional materials in Defendants' possession. Basic Brands, Dr. Berg, and Vimergy have no adequate remedy at law for the StrategiQuest Defendants' and Registration Defendants' wrongful conduct because, among other things: (a) the Basic Brands Trademarks, Dr. Berg Trademarks, and Vimergy Trademarks are unique and valuable properties that have no readily-determinable market value; (b) the StrategiQuest Defendants' and Registration Defendants' counterfeiting and infringing activities constitute harm to Basic Brands, Dr. Berg, and Vimergy and to Basic Brands's, Dr. Berg's, and Vimergy's reputations and goodwill such that Basic Brands, Dr. Berg, and Vimergy could not be made whole by any monetary award; (c) if the StrategiQuest Defendants' and the Registration Defendants' wrongful conduct is allowed to continue, the public is likely to become further confused, mistaken, or deceived as to the source, origin, or authenticity of the counterfeit and infringing materials; and (d) the resulting harm to Basic Brands, Dr. Berg, and Vimergy, due to the StrategiQuest Defendants' and Registration Defendants' wrongful conduct, is likely to be continuing.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 43
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

## SECOND CLAIM

*(by Brand Plaintiffs against the StrategiQuest Defendants and the Registration Defendants[11])*
**False Designation of Origin and False Advertising – 15 U.S.C. § 1125(a)**

168.    Plaintiffs Basic Brands, Dr. Berg, and Vimergy incorporate by reference the allegations of the preceding paragraphs as though set forth herein.

169.    The Brand Plaintiffs own their respective Trademarks and advertise, market, offer, distribute, and sell their products using their Trademarks and use those Trademarks to distinguish their products from the products and related items of others in the same or related fields.

170.    Because of the Brand Plaintiffs' long, continuous, and exclusive use of their Trademarks identified in this Complaint, the Trademarks have come to mean, and are understood by customers and the public, to signify products from their respective brands.

171.    The StrategiQuest Defendants' wrongful conduct, enabled by the conduct of the Registration Defendants, includes the infringement of the Basic Brands Trademarks, Dr. Berg Trademarks, and Vimergy Trademarks in connection with their commercial advertising, marketing, offering, distributing, and selling of counterfeit Basic Brands, Dr. Berg, and Vimergy products in interstate commerce.

172.    In advertising, marketing, offering, distributing, and selling products bearing counterfeit versions of the Basic Brands Trademarks, Dr. Berg Trademarks, and Vimergy Trademarks, the StrategiQuest Defendants have used, and on information and belief continue to

---

[11] All Brand Plaintiffs assert this claim against all StrategiQuest Defendants. With respect to the Registration Defendants, Basic Brands asserts this claim against the following Defendants: Key, Johnson, Farley, Jungheim, Vitale, Orgera, Jackson, Rahe, Villaseca, Pope, Key Strong Fitness Inc., May Flowers Health Group Inc., Far Tec Gadgets Inc., Jungle Accessories Inc., Rising Brook Inc., Living Orgera Live Inc., Jackson Marketing Group, Inc., B. Rahe Gadgets Inc., Villaseca Marketing Group, Inc., and HHP Media Group, Inc. With respect to the Registration Defendants, Dr. Berg asserts this claim against the following Defendants: Key, Johnson, Farley, Jungheim, Vitale, Orgera, Jackson, Rahe, Villaseca, Pope, Schreiber, Key Strong Fitness Inc., May Flowers Health Group Inc., Far Tec Gadgets Inc., Jungle Accessories Inc., Rising Brook Inc., Living Orgera Live Inc., Jackson Marketing Group, Inc., B. Rahe Gadgets Inc., Villaseca Marketing Group, Inc., HHP Media Group, Inc, and Schreiber Marketing Group, Inc. With respect to the Registration Defendants, Vimergy asserts this claim against the following Defendants: Key, Johnson, Orgera, Rahe, Schreiber, Key Strong Fitness Inc., May Flowers Health Group Inc., Living Orgera Live Inc., B. Rahe Gadgets Inc., and Schreiber Marketing Group, Inc.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 44
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1   use, the Trademarks referenced above to compete unfairly with Basic Brands, Dr. Berg, and

2   Vimergy and to deceive customers.

3        173.    Upon information and belief, the StrategiQuest Defendants' wrongful conduct

4   misleads and confuses customers and the public as to the origin and authenticity of the goods and

5   services advertised, marketed, offered, distributed, or sold in connection with the Basic Brands

6   Trademarks, Dr. Berg Trademarks, and Vimergy Trademarks and wrongfully trades upon Basic

7   Brands's, Dr. Berg's, and Vimergy's goodwill and business reputation.

8        174.    The Registration Defendants provided the means for the StrategiQuest Defendants

9   to sell their counterfeit health supplement products through the Selling Accounts registered to the

10  Registration Defendants, and the Registration Defendants held themselves out as responsible for

11  the Selling Accounts' operations and activities.

12       175.    At the behest of the StrategiQuest Defendants and in exchange for payment, the

13  Registration Defendants established the Selling Accounts and entered into the BSA. Through

14  these acts, the Registration Defendants bear responsibility for the activities conducted by the

15  StrategiQuest Defendants through the Selling Accounts and had the ability to exercise control

16  over the Selling Accounts.

17       176.    The StrategiQuest Defendants and the Registration Defendants therefore operated

18  in concert and are jointly liable for the infringing conduct made through the Selling Accounts.

19  Alternatively, the Registration Defendants are liable under theories of *respondeat superior*,

20  agency, alter ego doctrine, or vicarious liability.

21       177.    The StrategiQuest Defendants' and the Registration Defendants' conduct

22  constitutes (a) false designation of origin, (b) false or misleading description, and (c) false or

23  misleading representation that products originate from or are authorized by Basic Brands, Dr.

24  Berg, and/or Vimergy, all in violation of 15 U.S.C. § 1125(a)(1)(A).

25       178.    The StrategiQuest Defendants' and the Registration Defendants' conduct also

26  constitutes willful false statements in connection with goods and/or services distributed in

27  interstate commerce in violation of 15 U.S.C. § 1125(a)(1)(B).

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 45
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

179.     Basic Brands, Dr. Berg, and Vimergy are entitled to an injunction against the StrategiQuest Defendants and the Registration Defendants, their officers, agents, representatives, servants, employees, successors and assigns, and all other persons in active concert or participation with them, as set forth in the Prayer for Relief below. The StrategiQuest Defendants' and the Registration Defendants' acts have caused irreparable injury to Basic Brands, Dr. Berg, and Vimergy. On information and belief, that injury is continuing. An award of monetary damages cannot fully compensate Basic Brands, Dr. Berg, and Vimergy for their injuries, and Basic Brands, Dr. Berg, and Vimergy lack an adequate remedy at law.

180.     Basic Brands, Dr. Berg, and Vimergy are further entitled to recover the StrategiQuest Defendants' and the Registration Defendants' profits, Basic Brands', Dr. Berg's, and Vimergy's damages for their losses, and Basic Brands's, Dr. Berg's, and Vimergy's costs to investigate and remediate the StrategiQuest Defendants' and the Registration Defendants' conduct and bring this action, including its attorneys' fees, in an amount to be determined. Basic Brands, Dr. Berg, and Vimergy are also entitled to the trebling of any damages award as allowed by law.

### THIRD CLAIM
***(by Amazon against the StrategiQuest Defendants and the Registration Defendants)***
**False Designation of Origin and False Advertising – 15 U.S.C. § 1125(a)**

181.     Plaintiff Amazon incorporates by reference the allegations of the preceding paragraphs as though set forth herein.

182.     Amazon's reputation for trustworthiness is at the heart of its relationship with customers. Defendants' actions in selling counterfeits pose a threat to Amazon's reputation because they undermine and jeopardize customer trust in the Amazon Store.

183.     Specifically, the StrategiQuest Defendants and the Registration Defendants, working in concert, deceived Amazon and its customers about the authenticity of the products the StrategiQuest Defendants were advertising, marketing, offering, distributing, and selling, in direct and willful violation of the BSA and Amazon's Anti-Counterfeiting Policies.

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1   The StrategiQuest Defendants operated and controlled the Selling Accounts. The Registration

2   Defendants, as agents of the StrategiQuest Defendants, enabled the StrategiQuest Defendants

3   conduct described in this Complaint despite Amazon's contractual terms prohibiting their

4   activities. The StrategiQuest Defendants recruited the Registration Defendants to register the

5   Selling Accounts for the purpose of circumventing Amazon's controls, concealing their

6   involvement in the counterfeit scheme, and avoiding liability for their illegal conduct. The

7   StrategiQuest Defendants orchestrated their scheme with full knowledge of Amazon's

8   contractual terms prohibiting their activities. For their part, the Registration Defendants received

9   monetary payments to register the Selling Accounts on behalf of and at the direction of the

10   StrategiQuest Defendants, in exchange for handing off control of the Selling Accounts to the

11   StrategiQuest Defendants while continuing to hold themselves out as responsible for the Selling

12   Accounts' activities.

13       184.   The StrategiQuest Defendants' and the Registration Defendants' deceptive acts

14   were material to Amazon's decision to allow the Selling Accounts to operate in the Amazon

15   Store because Amazon would not have allowed them to do so but for the StrategiQuest

16   Defendants' and Registration Defendants' deceptive acts.

17       185.   In advertising, marketing, offering, distributing, and selling counterfeit products

18   in the Amazon Store, the StrategiQuest Defendants and the Registration Defendants made false

19   and misleading statements of fact about the origin, sponsorship, or approval of those products in

20   violation of 15 U.S.C. § 1125(a)(1)(A).

21       186.   The StrategiQuest Defendants' and the Registration Defendants' acts also

22   constitute willful false statements in connection with goods and/or services distributed in

23   interstate commerce in violation of 15 U.S.C. § 1125(a)(1)(B).

24       187.   As described above, the StrategiQuest Defendants and the Registration

25   Defendants, through their illegal acts, have willfully deceived Amazon and its customers,

26   jeopardized the trust customers place in the Amazon Store, tarnished Amazon's brand and

27   reputation, and harmed Amazon and its customers. The StrategiQuest Defendants' and the

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 47
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main  206.757.7700 fax

Registration Defendants' misconduct has also caused Amazon to expend significant resources to investigate and combat Defendants' wrongdoing and to bring this lawsuit to prevent Defendants from causing further harm to Amazon and its customers. The StrategiQuest Defendants' and the Registration Defendants' illegal acts have caused irreparable injury to Amazon and, on information and belief, that injury is ongoing at least to the extent that the StrategiQuest Defendants and the Registration Defendants continue to establish selling accounts under different, misleading or false identities. An award of monetary damages alone cannot fully compensate Amazon for its injuries, and thus Amazon lacks an adequate remedy at law.

188.    Amazon is entitled to an injunction against the StrategiQuest Defendants and the Registration Defendants, their officers, agents, representatives, servants, employees, successors and assigns, and all other persons in active concert or participation with them, as set forth in the Prayer for Relief below, along with its attorneys' fees and costs in investigating and bringing this lawsuit.

189.    Amazon is also entitled to recover its damages arising from the StrategiQuest Defendants and the Registration Defendants' sale of counterfeit products in the Amazon Store.

### FOURTH CLAIM
***(by Dr. Berg and Vimergy against Paral)***
**Contributory Trademark Infringement, Contributory False Designation of Origin, and Contributory False Advertising – 15 U.S.C. §§ 1114, 1125(a)**

190.    Dr. Berg and Vimergy incorporate by reference the allegations of the preceding paragraphs as though set forth herein.

191.    Paral knowingly and materially contributed to the StrategiQuest Defendants' and the Registration Defendants' infringement of Dr. Berg Trademarks and Vimergy Trademarks as described in the paragraphs above. Likewise, Paral knowingly and materially contributed to the StrategiQuest Defendants' and the Registration Defendants' false designation of origin, false or misleading description, and false or misleading representation that the health supplement products they offered for sale in the Amazon Store originated from or were authorized by Dr. Berg or Vimergy.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 48
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

192.   Paral had actual knowledge of the StrategiQuest Defendants' and the Registration Defendants' infringement and false or misleading statements constituting unfair competition. Paral knowingly worked with the StrategiQuest Defendants to provide Amazon with documentation to circumvent Amazon's anti-counterfeiting measures so that the StrategiQuest Defendants could sell counterfeit health supplement products in the Amazon Store.

193.   In exchange for a fee, Paral accessed the Selling Accounts and submitted paperwork and other communications to Amazon that purportedly showed the StrategiQuest Defendants and the Registration Defendants had purchased genuine Dr. Berg and Vimergy products. In doing so, Paral had direct control of the instrumentality that the StrategiQuest Defendants and the Registration Defendants used to infringe the Dr. Berg Trademarks and Vimergy Trademarks and mislead Amazon customers and the public.

194.   Paral knew at the time she provided these services to the StrategiQuest Defendants and the Registration Defendants, that the services would enable them to sell counterfeit Dr. Berg and Vimergy products in the Amazon Store that infringed their respective trademarks; would mislead and confuse customers and the public as to the origin and authenticity of the products advertised, marketed, offered, and sold in connection with the Dr. Berg Trademarks and Vimergy Trademarks; and would wrongfully trade upon Dr. Berg's and Vimergy's goodwill and business reputations.

195.   Paral willfully provided services that enabled, facilitated, and materially contributed to the StrategiQuest Defendants' and the Registration Defendants' infringement of the Dr. Berg Trademarks and Vimergy Trademarks, and their willful false statements, false designation of origin, false or misleading description, and false or misleading representation that the Dr. Berg and Vimergy products they offered for sale in the Amazon Store originated from or were authorized by Dr. Berg and Vimergy.

196.   Paral's acts assisting the unlawful conduct of StrategiQuest Defendants have been deliberate and willful.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 49
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main  206.757.7700 fax

197.    Paral's conduct directly enables the StrategiQuest Defendants and the Registration Defendants to commit the acts set forth above constituting unfair competition and infringement of the Dr. Berg Trademarks and Vimergy Trademarks, causing damages to Dr. Berg and Vimergy.

198.    The StrategiQuest Defendants and the Registration Defendants have committed, and continue to commit, acts which constitute infringement of the Dr. Berg Trademarks and Vimergy Trademarks, as well as unfair competition.

199.    Paral derive a financial benefit directly attributable to the StrategiQuest Defendants' and the Registration Defendants' infringement of the Dr. Berg Trademarks and Vimergy Trademarks.

200.    As a result of Paral's wrongful conduct, Dr. Berg and Vimergy are entitled to recover their actual damages, Paral's profits attributable to the infringement, treble damages, and attorney fees and costs pursuant to 15 U.S.C. § 1117(a) and (b). Alternatively, Dr. Berg and Vimergy are entitled to statutory damages under 15 U.S.C. § 1117(c).

201.    In addition, Dr. Berg and Vimergy are entitled to injunctive relief against Paral, her officers, agents, representatives, servants, employees, successors and assigns, and all other persons in active concert or participation with her, as set forth in the Prayer for Relief below. Dr. Berg and Vimergy have no adequate remedy at law for Paral's wrongful conduct because, among other things: (a) Paral's contributory infringement constitutes harm to Dr. Berg and Vimergy and their reputation and goodwill such that Dr. Berg and Vimergy could not be made whole by any monetary award; (b) if Paral's wrongful conduct is allowed to continue, the public is likely to become further confused, mistaken, or deceived as to the source, origin, or authenticity of the infringing materials; and (c) Paral's wrongful conduct, and the resulting harm to Dr. Berg and Vimergy, is likely to be continuing.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 50
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main  206.757.7700 fax

1

**FIFTH CLAIM**
*(by Amazon against Paral)*

2

**Contributory False Designation of Origin and False Advertising – 15 U.S.C. § 1125(a)**

3      202.    Plaintiff Amazon incorporates by reference the allegations of the preceding

4    paragraphs as though set forth herein.

5      203.    Amazon's reputation for trustworthiness is at the heart of its relationship with

6    customers. Paral's material contribution to the StrategiQuest Defendants' and the Registration

7    Defendants' actions in selling counterfeit health supplement products pose a threat to Amazon's

8    reputation because such acts undermine and jeopardize customer trust in the Amazon Store.

9      204.    Paral knowingly and materially contributed to the StrategiQuest Defendants' and

10   the Registration Defendants' willful false statements, false designation of origin, false or

11   misleading description, and false or misleading representations that the Dr. Berg and Vimergy

12   products they offered for sale in the Amazon Store originated from or were authorized by Dr.

13   Berg and Vimergy, as described in the paragraphs above.

14     205.    Paral has actual knowledge of the StrategiQuest Defendants' and the Registration

15   Defendants' acts which constitute unfair competition. Paral conspired with the StrategiQuest

16   Defendants and the Registration Defendants in many instances to provide Amazon with

17   documentation to circumvent Amazon's anti-counterfeiting measures so that the StrategiQuest

18   Defendants and the Registration Defendants could sell counterfeit Dr. Berg and Vimergy

19   products in the Amazon Store.

20     206.    In exchange for a fee, Paral accessed the Selling Accounts and submitted

21   paperwork and other communications to Amazon that showed the StrategiQuest Defendants and

22   the Registration Defendants had purchased Dr. Berg and Vimergy products. In doing so, Paral

23   had direct control of the instrumentality that the StrategiQuest Defendants and the Registration

24   Defendants used to make false and misleading statements of fact about the origin, sponsorship,

25   or approval for the Dr. Berg and Vimergy products.

26     207.    Paral knew at the time she provided these services to the StrategiQuest

27   Defendants and the Registration Defendants, that the services would enable the StrategiQuest

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

1  Defendants and the Registration Defendants to sell Dr. Berg and Vimergy products in the

2  Amazon Store, and that the StrategiQuest Defendants would mislead and confuse customers and

3  the public as to the origin and authenticity of the Dr. Berg and Vimergy products advertised,

4  marketed, offered, and sold in connection with the Dr. Berg Trademarks and Vimergy

5  Trademarks and wrongfully trade upon Dr. Berg's and Vimergy's goodwill and business

6  reputation.

7       208.    Paral's services have enabled, facilitated, and materially contributed to the

8  StrategiQuest Defendants' and the Registration Defendants' willful false statements, false

9  designation of origin, false or misleading description, and false or misleading representations that

10 the Dr. Berg and Vimergy products they offered for sale in the Amazon Store originated from or

11 were authorized by Dr. Berg or Vimergy.

12      209.    Paral's acts assisting the unlawful conduct of the StrategiQuest Defendants and

13 the Registration Defendants have been deliberate and willful.

14      210.    The StrategiQuest Defendants and the Registration Defendants have committed,

15 and continue to commit, acts which constitute contributory false designation of origin and false

16 advertising.

17      211.    Paral derives a financial benefit directly attributable to the StrategiQuest

18 Defendants' and the Registration Defendants' infringement of the Dr. Berg Trademarks and

19 Vimergy Trademarks and their false designation of origin and false advertising.

20      212.    As a result of Paral's wrongful conduct, Amazon is entitled to recover its actual

21 damages, Paral's profits attributable to their unlawful acts, and Amazon's attorneys' fees and

22 costs pursuant to 15 U.S.C. § 1117(a). Amazon is also entitled to the trebling of any damages

23 award as allowed by law.

24      213.    As described above, Paral, through her illegal acts, has materially contributed to

25 the StrategiQuest Defendants' willful description of Amazon and its customers, jeopardized the

26 trust that customers place in the Amazon Store, tarnished Amazon's brand and reputation, and

27 harmed Amazon and its customers. Paral's actions have also caused Amazon to expend

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1   significant resources to investigate and combat the Defendants' wrongdoing and to bring this

2   lawsuit to prevent Paral and the Defendants from causing further harm to Amazon and its

3   customers. Paral's illegal acts have caused irreparable injury to Amazon and, on information and

4   belief, that injury is ongoing at least to the extent that Paral continues to assist sellers in

5   circumventing Amazon's anti-counterfeiting measures. An award of monetary damages alone

6   cannot fully compensate Amazon for its injuries, and thus Amazon lacks an adequate remedy at

7   law.

8                              **SIXTH CLAIM**
    *(by Amazon.com Services LLC[12] against the StrategiQuest Defendants and the Registration*
9                                  *Defendants)*
                              **Breach of Contract**
10

11          214.    Plaintiff Amazon incorporates by reference the allegations of the preceding

12   paragraphs as though set forth herein.

13          215.    The Registration Defendants established the Selling Accounts and entered into

14   Amazon's BSA, a binding and enforceable contract between the Registration Defendants and

15   Amazon. The Registration Defendants contractually agreed to be bound by the policies

16   incorporated by reference into the BSA, including Amazon's Anti-Counterfeiting Policy and

17   other policies as maintained on the Amazon seller website. Because the Registration Defendants

18   were acting at the direction of the StrategiQuest Defendants when they registered the Selling

19   Accounts, and further because the StrategiQuest Defendants ultimately had control over the

20   Selling Accounts, the StrategiQuest Defendants are also contractually bound to the BSA under

21   principles of, without limitation, agency and estoppel.

22          216.    By entering into the BSA, the Registration Defendants, in their own right and as

23   agents of the StrategiQuest Defendants, also agreed to bear responsibility for activities conducted

24   by any third party in connection with their Selling Accounts.

25          217.    Amazon performed all obligations required of it under the terms of the BSA or

26   _____

27   [12] For the Sixth Claim only, "Amazon" shall refer to Amazon.com Services LLC only.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 53
(FILED UNDER SEAL)

1    was excused from doing so.

2        218.    The Registration Defendants breached the terms of the BSA by registering their

3    personal information with Amazon under the false pretenses that they would be operating the

4    Selling Accounts. In fact, the Registration Defendants registered the Selling Accounts with the

5    express purpose of enabling the StrategiQuest Defendants' access to and control of the Selling

6    Accounts in exchange for monetary payment.

7        219.    The StrategiQuest Defendants then distributed and sold counterfeit health

8    supplement products that materially breached the BSA and the Anti-Counterfeiting Policy in

9    numerous ways. Among other things, the StrategiQuest Defendants' conduct, enabled by the

10    Registration Defendants and for which the Registration Defendants are responsible either jointly

11    or vicariously, constitutes infringement and misuse of the IP rights of Brand Plaintiffs.

12        220.    The StrategiQuest and the Registration Defendants further breached the BSA and

13    its incorporated policies by enabling Paral to submit falsified documents to Amazon after their

14    Selling Accounts were suspected of selling counterfeit products in an effort to deceive Amazon

15    as to the authenticity of their goods.

16        221.    The Registration Defendants are responsible for the StrategiQuest Defendants'

17    conduct in connection with the Selling Accounts.

18        222.    The Registration Defendants' breaches have caused significant harm to Amazon,

19    and Amazon is entitled to damages in an amount to be determined.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 54
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main   206.757.7700 fax

**SEVENTH CLAIM**
*(Plaintiffs against Defendants[13])*
**Violation of Washington Consumer Protection Act, RCW 19.86.010, *et seq.***

223.    Plaintiffs incorporate by reference the allegations of the preceding paragraphs as though set forth herein.

224.    Defendants' coordinated scheme to enable the StrategiQuest Defendants to advertise, market, offer, distribute, and sell counterfeit products constitute an unfair method of competition and unfair and deceptive acts or practices in the conduct of trade or commerce, in violation of RCW 19.86.020.

225.    Defendants' coordinated scheme designed to enable the StrategiQuest Defendants to advertise, market, offer, distribute, and sell counterfeit Basic Brands, Dr. Berg, and Vimergy products harm the public interest by deceiving customers about the authenticity, origins, and sponsorship of the products.

226.    Defendants' coordinated scheme designed to enable the StrategiQuest Defendants to advertise, market, offer, distribute, and sell counterfeit directly and proximately causes harm to and tarnishes Amazon's and the Brand Plaintiffs' reputations and brands, and damages their business and property interests and rights.

227.    Accordingly, Plaintiffs seek to enjoin further violations of RCW 19.86.020 and recover from Defendants their attorneys' fees and costs. Brand Plaintiffs further seeks to recover from Defendants its actual damages, trebled, and Amazon further seeks to recover from

---

[13]Amazon brings this claim against all Defendants. The Brand Plaintiffs bring this claim against all of the StrategiQuest Defendants and against Defendant Paral. With respect to the Registration Defendants, Basic Brands asserts this claim against the following Defendants: Key, Johnson, Farley, Jungheim, Vitale, Orgera, Jackson, Rahe, Villaseca, Pope, Key Strong Fitness Inc., May Flowers Health Group Inc., Far Tec Gadgets Inc., Jungle Accessories Inc., Rising Brook Inc., Living Orgera Live Inc., Jackson Marketing Group, Inc., B. Rahe Gadgets Inc., Villaseca Marketing Group, Inc., and HHP Media Group, Inc. With respect to the Registration Defendants, Dr. Berg asserts this claim against the following Defendants: Key, Johnson, Farley, Jungheim, Vitale, Orgera, Jackson, Rahe, Villaseca, Pope, Schreiber, Key Strong Fitness Inc., May Flowers Health Group Inc., Far Tec Gadgets Inc., Jungle Accessories Inc., Rising Brook Inc., Living Orgera Live Inc., Jackson Marketing Group, Inc., B. Rahe Gadgets Inc., Villaseca Marketing Group, Inc., HHP Media Group, Inc., and Schreiber Marketing Group, Inc. With respect to the Registration Defendants, Vimergy asserts this claim against the following Defendants: Key, Johnson, Orgera, Rahe, Schreiber, Key Strong Fitness Inc., May Flowers Health Group Inc., Living Orgera Live Inc., B. Rahe Gadgets Inc., and Schreiber Marketing Group, Inc.

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1    Defendants its actual damages, trebled, regarding Defendants activities involving the sale of

2    counterfeit products.

3                                    **VI.    PRAYER FOR RELIEF**

4            WHEREFORE, Plaintiffs respectfully pray for the following relief:

5            A.      That the Court enter an order preliminarily and permanently enjoining

6    Defendants, their officers, agents, representatives, servants, employees, successors, assigns, and

7    all others in active concert or participation with them, from:

8                   (i)     selling products in Amazon's stores;

9                   (ii)    selling products to Amazon or any affiliate;

10                  (iii)   registering or attempting to register any Amazon selling accounts;

11                  (iv)    importing, manufacturing, producing, distributing, circulating, offering,

12                          selling, advertising, promoting, or displaying any product or service using

13                          any simulation, reproduction, counterfeit, copy, or colorable imitation of

14                          Basic Brands' brand, Basic Brands' Trademarks, or which otherwise

15                          infringes Basic Brands's IP, on any platform or in any medium;

16                  (v)     importing, manufacturing, producing, distributing, circulating, offering,

17                          selling, advertising, promoting, or displaying any product or service using

18                          any simulation, reproduction, counterfeit, copy, or colorable imitation of

19                          Dr. Berg's brand, Dr. Berg Trademarks, or which otherwise infringes Dr.

20                          Berg's IP, on any platform or in any medium;

21                  (vi)    importing, manufacturing, producing, distributing, circulating, offering,

22                          selling, advertising, promoting, or displaying any product or service using

23                          any simulation, reproduction, counterfeit, copy, or colorable imitation of

24                          Vimergy's brand, Vimergy Trademarks, or which otherwise infringes

25                          Vimergy's IP, on any platform or in any medium;

26                  (vii)   falsely representing themselves as being connected with the Brand

27                          Plaintiffs or sponsored by or associated with the Brand Plaintiffs;

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 56
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1    (viii)  secreting, concealing, destroying, selling off, transferring, or otherwise

2            disposing of any products or services not manufactured or distributed by

3            the Brand Plaintiffs bearing the Brand Plaintiffs' Trademarks;

4    (ix)    secreting, concealing, destroying, selling off, transferring, or otherwise

5            disposing of any and all business records, invoices, correspondence, text

6            messages, emails, other electronic communications, photographs, bank

7            records, cancelled checks, wire transfers, book of account, receipts or

8            other documentation relating or referring in any manner to the

9            manufacture, importation, offer, sale, distribution, marketing, or

10           advertisement of any products or services bearing the Brand Plaintiffs'

11           Trademarks, including all records identifying other persons involved in

12           such activities, whether such information is stored in a written, electronic,

13           digital, or computerized form; and

14   (x)     assisting, aiding, or abetting any other person or business entity in

15           engaging in or performing any of the activities referred to in

16           subparagraphs (i) through (ix) above;

17   B.     That the Court enter judgment in Plaintiffs' favor on all claims brought by them;

18   C.     That the Court enter an order pursuant to 15 U.S.C. § 1118 impounding and

19   permitting destruction of all counterfeit and infringing products bearing the Basic Brands

20   Trademarks or that otherwise infringe Basic Brands' IP, and any related materials, including

21   business records and materials used to reproduce any infringing products, in Defendants'

22   possession or under their control;

23   D.     That the Court enter an order pursuant to 15 U.S.C. § 1118 impounding and

24   permitting destruction of all counterfeit and infringing products bearing the Dr. Berg Trademarks

25   or that otherwise infringe Dr. Berg's IP, and any related materials, including business records

26   and materials used to reproduce any infringing products, in Defendants' possession or under their

27   control;

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 57
(FILED UNDER SEAL)

E.      That the Court enter an order pursuant to 15 U.S.C. § 1118 impounding and permitting destruction of all counterfeit and infringing products bearing the Vimergy Trademarks or that otherwise infringe Vimergy's IP, and any related materials, including business records and materials used to reproduce any infringing products, in Defendants' possession or under their control;

F.      That the Court enter an order requiring Defendants to provide Plaintiffs a full and complete accounting of all amounts due and owing to Plaintiffs as a result of Defendants' unlawful activities;

G.      That the Court enter an order requiring Defendants to pay all general, special, and actual damages which Basic Brands, Dr. Berg, and Vimergy have sustained, or will sustain, as a consequence of Defendants' unlawful acts, plus Defendants' profits from the unlawful conduct described herein, together with its statutory damages, and that such damages be enhanced, doubled, or trebled as provided for by 15 U.S.C. § 1117, RCW 19.86.020, or otherwise allowed by law, and that Amazon's damages, plus Defendants' profits, related to Defendants' activities involving the sale of counterfeit products be enhanced, doubled, or trebled as provided by 15 U.S.C. § 1117, RCW 19.86.020, or otherwise allowed by law;

H.      That the Court enter an order requiring Defendants to pay the maximum amount of prejudgment interest authorized by law;

I.      That the Court enter an order requiring Defendants to pay the costs of this action and Plaintiffs' reasonable attorneys' fees incurred in prosecuting this action, as provided for by 15 U.S.C. § 1117, RCW 19.86.020, or otherwise allowed by law;

J.      That the Court enter an order requiring that identified financial institutions restrain and transfer to Plaintiffs all amounts arising from Defendants' unlawful counterfeiting activities as set forth in this lawsuit, up to a total amount necessary to satisfy monetary judgment in this case; and

K.      That the Court grant Plaintiffs such other, further, and additional relief as the Court deems just and equitable.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 58
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

1   DATED this 9th day of November, 2023.

2                                       DAVIS WRIGHT TREMAINE LLP
                                        *Attorneys for Plaintiffs*
3

4

5                                       Scott R. Commerson, WSBA #58085
                                        865 South Figueroa Street, Suite 2400
6                                       Los Angeles, CA 90017-2566
                                        Tel: (213) 633-6800
7                                       Fax: (213) 633-6899
                                        Email: scottcommerson@dwt.com
8

9

10                                      Lauren Rainwater, WSBA #43625
                                        920 Fifth Avenue, Suite 3300
11                                      Seattle, WA 98104-1604
                                        Tel: (206) 622-3150
12                                      Fax: (206) 757-7700
                                        Email: laurenrainwater@dwt.com
13

14

15                                      L. Danielle Toaltoan, *Pro Hac Vice Pending*
                                        1251 Avenue of the Americas, 21st Floor
16                                      New York, NY 10020
                                        Tel: (212) 489-8230
17                                      Fax: (212) 489-8340
                                        Email: danielletoaltoan@dwt.com
18

19

20

21

22

23

24

25

26

27

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 59
(FILED UNDER SEAL)