**KRONENBERGER ROSENFELD, LLP**
Galen K. Cheney (WA Bar No. 56382)
Karl S. Kronenberger (*pro hac vice* forthcoming)
James D. Carlson (*pro hac vice* forthcoming)
548 Market Street #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
galen@kr.law
karl@kr.law
jim@kr.law

*Attorneys for Defendants Natasha Mini, Megan Pressotto, Danielle Minucciani, M2 NIKN LLC, StrategiQuest Inc., Andrea Lois Key, Key Strong Fitness, Sara M. Johnson, May Flowers Health Group Inc., Gentry Farley, Far Tec Gadgets Inc., Jill Marie Jungheim, Jungle Accessories Inc., Salvatore Vitale, Rising Brook Inc., Alec Joseph Orgera, Living Orgera Live Inc., Donna Marie Jackson, Jackson Marketing Group, Inc., Benjamin Rahe, B. Rahe Gadgets Inc., Eddy Villaseca, Villaseca Marketing Group Inc., Hannah Hess Pope, HHP Media Group Inc., Robert Kole Schreiber, and Schreiber Marketing Group Inc.*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| AMAZON.COM, INC., et al., <br><br> Plaintiff, <br><br> v. <br><br> NATASHA MINI, et al., <br><br> Defendants. | Case No. 2:23-CV-01718-TL <br><br> **[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

1  Pending before the Court is a joint motion by the parties to extend time for Defendants
2  Natasha Mini, Megan Pressotto, Danielle Minucciani, M2 NIKN LLC, StrategiQuest Inc., Andrea
3  Lois Key, Key Strong Fitness, Sara M. Johnson, May Flowers Health Group Inc., Gentry Farley,
4  Far Tec Gadgets Inc., Jill Marie Jungheim, Jungle Accessories Inc., Salvatore Vitale, Rising Brook
5  Inc., Alec Joseph Orgera, Living Orgera Live Inc., Donna Marie Jackson, Jackson Marketing Group,
6  Inc., Benjamin Rahe, B. Rahe Gadgets Inc., Eddy Villaseca, Villaseca Marketing Group Inc.,
7  Hannah Hess Pope, HHP Media Group Inc., Robert Kole Schreiber, and Schreiber Marketing Group
8  Inc. (collectively, "Defendants"), to respond to the complaint (Dkt. #24). Upon due consideration
9  of the motion by the court,

10  **IT IS HEREBY ORDERED** that the joint motion to extend time to respond to complaint
11  (Dkt. #24) is GRANTED.

12  **IT IS FURTHER ORDERED** that the deadline for Defendants to file their response to the
13  complaint is extended to **June 11, 2024.**

15  DATED: April 29, 2024

16  Judge Tana Lin
    United States District Court Judge

Case No. 2:23-CV-01718-TL       1       [PROP] ORDER GRANTING EXTENSION
                                        OF TIME FOR DEF TO RESP TO COMPL