The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; BASIC BRANDS, INC., an Ohio corporation; THE HEALTH & WELLNESS CENTER, INC., d/b/a DR. BERG NUTRITIONALS, a Virginia corporation; and VIMERGY, LLC, a Florida limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>NATASHA MINI, an individual; MEGAN PRESSOTTO, an individual; DANIELLE MINUCCIANI, an individual; M2 NIKN LLC, a California limited liability company; STRATEGIQUEST INC., a California corporation; SHERYL ANN PARAL, an individual; ANDREA LOIS KEY, an individual, d/b/a "Key Strong Fitness Inc" Selling Account; KEY STRONG FITNESS INC., a Georgia corporation, d/b/a "Key Strong Fitness Inc" Selling Account; SARA M. JOHNSON, an individual, d/b/a "May Flowers Health Group Inc" Selling Account; MAY FLOWERS HEALTH GROUP INC., an Illinois corporation, d/b/a "May Flowers Health Group Inc" Selling Account; GENTRY FARLEY, an individual, d/b/a "Far Tec Gadgets Inc" Selling Account; FAR TEC GADGETS INC., a New York corporation, d/b/a "Far Tec Gadgets Inc" Selling Account; JILL MARIE JUNGHEIM, an individual, d/b/a "Jungle Accessories Inc." | No. 2:23-cv-01718-TL<br><br>**[PROPOSED]** ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH *EX PARTE* MOTION FOR EXPEDITED DISCOVERY |

[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION- 1
(2:23-CV-01718-TL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| 1 | Selling Account; JUNGLE ACCESSORIES INC., a California corporation, d/b/a "Jungle Accessories Inc." Selling Account; SALVATORE VITALE, an individual, d/b/a "Rising Brook inc" Selling Account; RISING BROOK INC., a Florida corporation, d/b/a "Rising Brook inc" Selling Account; ALEC JOSEPH ORGERA, an individual, d/b/a "Living Orgera Live Inc" Selling Account; LIVING ORGERA LIVE INC., a North Carolina corporation, d/b/a "Living Orgera Live Inc" Selling Account; DONNA MARIE JACKSON, an individual, d/b/a "Jackson Marketing Grp Inc" Selling Account; JACKSON MARKETING GROUP, INC., an Oregon corporation, d/b/a "Jackson Marketing Grp Inc" Selling Account; BENJAMIN RAHE, an individual, d/b/a "B. Rahe Gadgets Inc" Selling Account; B. RAHE GADGETS INC., an Ohio corporation, d/b/a "B. Rahe Gadgets Inc" Selling Account; EDDY VILLASECA, an individual, d/b/a "Villaseca Marketing Group Inc" Selling Account; VILLASECA MARKETING GROUP, INC., a Texas corporation, d/b/a "Villaseca Marketing Group Inc" Selling Account; HANNAH HESS POPE, an individual, d/b/a "HHP Media Group Inc" Selling Account; HHP MEDIA GROUP, INC., a Louisiana corporation, d/b/a "HHP Media Group Inc" Selling Account; ROBERT KOLE SCHREIBER, an individual, d/b/a "Schreiber Marketing Group Inc" Selling Account; SCHREIBER MARKETING GROUP, INC., a Georgia corporation, d/b/a "Schreiber Marketing Group Inc" Selling Account; and DOES 1-10,<br><br>                              Defendants. |

This matter came before the Court on the *ex parte* motion by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, Basic Brands, Inc., The Health & Wellness Center, Inc., d/b/a Dr. Berg Nutritionals, and Vimergy, LLC (collectively, "Plaintiffs") for leave to file an *ex parte* over-length motion for expedited discovery on third parties (the "Motion"), pursuant to Local Civil Rule 7(f). The Court, having considered Plaintiffs' Motion and finding good cause, GRANTS

[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH MOTION- 2
(2:23-CV-01718-TL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

Plaintiffs leave to file a motion for expedited discovery on third parties not to exceed 3,100 words.

Dated this 7th day of June 2024.

_____
Tana Lin
United States District Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

<u>s/ Scott R. Commerson</u>
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

L. Danielle Toaltoan, *Pro Hac Vice*
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel: (212) 489-8230
Fax: (212) 489-8340
Email: danielletoaltoan@dwt.com

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH MOTION- 3
(2:23-CV-01718-TL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax