The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; BASIC BRANDS, INC., an Ohio corporation; THE HEALTH & WELLNESS CENTER, INC., d/b/a DR. BERG NUTRITIONALS, a Virginia corporation; and VIMERGY, LLC, a Florida limited liability company,<br><br>               Plaintiffs,<br><br>    v.<br><br>SHERYL ANN PARAL, an individual; and DOES 1-10,<br><br>               Defendants. | No. 2:23-cv-01718-TL<br><br>**PLAINTIFFS' STATUS REPORT** |

Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, Basic Brands, Inc., The Health & Wellness Center, Inc., d/b/a Dr. Berg Nutritionals, and Vimergy, LLC (collectively, "Plaintiffs") submit this status report in response to the Court's August 27, 2024 Minute Order to File Status Report. Dkt. 34. For their status report, Plaintiffs state the following:

Plaintiffs intend to voluntarily dismiss this lawsuit, including all claims against Defendants Sheryl Ann Paral and Does 1-10 without prejudice. Plaintiffs have concurrently filed a Notice of Voluntary Dismissal with the Court.

PLAINTIFFS' STATUS REPORT- 1
(2:23-cv-01718-TL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

DATED this 10th day of September, 2024.

        DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*/s/ Scott Commerson*
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

L. Danielle Toaltoan, *Pro Hac Vice*
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel: (212) 489-8230
Fax: (212) 489-8340
Email: danielletoaltoan@dwt.com

PLAINTIFFS' STATUS REPORT- 2
(2:23-cv-01718-TL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax